1    **CAROL ANN MOSES  #164193**
       Attorney at Law
2    7636 N. Ingram Ave., #104
       Fresno, California  93711
3    Telephone:  (559) 449-9069
       Facsimile:    (559) 513-8530
4    carol@yosemitelawyer.com

5    Attorney for Defendant,
       BROCK LARSEN
6

7                  UNITED STATES DISTRICT COURT

8                  EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,     )     CASE NO. 1:20-cr-00238-NONE-SKO-10
                                )
11              Plaintiff,     )
                                )     EXHIBIT EMAIL FOR DEFENDANT
12                                )     BROCK LARSEN
   vs.                              )
13                                )
14   BROCK LARSEN             )     Date:   April 21, 2022
                                )     Time:  2:00 PM
15                                )     Judge: Hon. Erica P. Grosjean
                Defendant.     )
16   _____ )

17

18        Defendant BROCK LARSEN hereby submits the following Exhibit Email from his

19   physician at Community Regional Medical Center on his behalf for the Court's consideration at

20   the Motion Hearing on April 21, 2022.

21

22   Dated:  April 21, 2022               /s/ Carol Ann Moses_____

23                                    CAROL ANN MOSES
                                   Attorney for Defendant,
24                                    BROCK LARSEN

25

26

27

28