JANE FISHER-BYRIALSEN
Fisher & Byrialsen, PC
4600 S. Syracuse Street
Denver, CO 80137
jane@fblaw.org

Attorney for:
FRANCIS CLEMENT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | Criminal case No. 20-CR-238-JLT-SKO |
| v. | **NOTICE RE REPLY** – RE RENEWED MOTION FOR ORDER RE SPECIFIC DISCOVERY [Doc. 633] |
| **FRANCIS CLEMENT,** | |
| Defendant. | |

    Mr. Francis Clement, by and through undersigned counsel jane Fisher-Byrialsen, hereby notifies this Court that Mr. Clement relies upon this Court's Order of July 28, 2023 and assumes that the Defense Reply will be due after the Government's Supplemental obligation. Mr. Clement states:

    1.    On May 15, 2023, Defendant Francis Clement filed a "Renewed Motion for Order re Specific Discovery." (Doc. [633].)

    2.    On July 19, 2023, the Government filed its Opposition. (Doc. [718].)

    3.    On July 28, 2023, Magistrate Judge Sheila K. Oberto entered a Minute Order regarding the Government's Response, finding that "the Government's Opposition consists of a discussion of the rules of criminal discovery and does not address each specific request by the Defendant." (Doc. [721]). The Court ordered the Government "to file a Supplemental Opposition

by no later than August 4, 2023, addressing <u>EACH</u> of the 25 specific requests by the Defendant." (*Ibid*.)

4. While this Court did not address the Reply deadline, it is apparent that Mr. Clement need not Reply until after receipt of the Government's Supplemental Opposition.

5. In an abundance of caution, Mr. Clement files this notice that he intends to Reply and, pursuant to the Court's Order of July 28, 2023, will wait until receipt of the Government's Supplemental Opposition.

Respectfully submitted,

s/Jane Fisher-Byrialsen
Jane Fisher-Byrialsen, #49133
FISHER & BYRIALSEN, PLLC
4600 S. Syracuse Street, 9th Floor
Denver, CO 80237
(303) 256-6345
jane@fblaw.org

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day August, 2023, I served a true and correct copy of the foregoing via ECF to:

All counsel of record.

                                  s/*Jane Fisher-Byrialsen*
                                  Jane Fisher-Byrialsen