JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124
Email: james@ycbtal.net

TIMOTHY J. FOLEY
California SBN 111558
Attorney at Law
1017 L Street, Number 348
Sacramento, California 95814
Telephone: (916) 323-2266
Email: tfoley9@earthlink.net

Attorneys for Defendant
JUSTIN GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUSTIN GRAY,<br><br>    Defendants. | Case No. 1:20-cr-00238-JLT-SKO<br><br>**JUSTIN GRAY'S NOTICE OF SUPPORT OF KENNETH JOHNSON'S MOTION FOR SEVERANCE**<br><br>Date:  August 28, 2023<br>Time:  10:00 A.M.<br>Judge: Honorable Jennifer L. Thurston |

TO THIS HONORABLE COURT, ASSISTANT UNITED STATES ATTORNEY STEPHANIE STOKMAN, ALL DEFENDANTS AND THEIR COUNSEL OF RECORD:

    Please take notice that Justin Gray supports Kenneth Johnson's motion to sever his trial from that of his co-defendants.  Doc #722.

DATED: August 3, 2023

Respectfully submitted,

*/s/ James Thomson*

_____
JAMES THOMSON
TIMOTHY FOLEY
Attorneys for JUSTIN GRAY

Notice of Support

1