PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00238-JLT |
|---|---|
| Plaintiff, | GOVERNMENT'S SENTENCING MEMORANDUM |
| v. | |
| AMANDA GOURLEY, | |
| Defendant. | |

## I.   INTRODUCTION

Defendant Amanda Gourley is scheduled for sentencing on August 14, 2023, following her guilty plea to Conspiracy to Possess and Possession with Intent to Distribute (Count 5). In the Presentence Investigation Report (PSR), the U.S. Probation Office recommends a 78-month term of imprisonment, 2 years supervised release, a $100 special assessment, and no fine.

The appropriate guideline range is 78-97 months incarceration, as defendant has satisfied safety valve requirements. Pursuant to the plea agreement between the parties, the government recommends a term of 78 months incarceration.

## II.   STATEMENT OF FACTS

**A.   Defendant's Conduct**

As stated in the PSR and in the Factual Basis of the Plea Agreement, defendant's conduct is as follows:

Beginning on September 20, 2020, and continuing through on or about November 19, 2020, in the Eastern District of California and elsewhere, defendant conspired with others, both known and unknown, to distribute and possess with the intent to distribute a controlled substance.

On or about October 12, 2020, co-defendants Stephanie Madsen and Kenneth Bash planned to transport methamphetamine from the Los Angeles area to Montana. Between October 13 and October 14, 2020, Madsen packed methamphetamine, which was picked up by Jacob Renshaw and put into the door panels of a Kia Optima, rented by defendant in Fresno, CA, EDCA.

Defendant traveled with co-defendants including Renshaw towards Montana with the methamphetamine in the door panels of said vehicle.

On October 15, 2020, the co-defendants were pulled over in Utah and a search of the aforementioned Kia Optima recovered approximately 12 pounds of methamphetamine from inside the door panels of the vehicle.

After the vehicle was impounded, defendant returned to Utah, at the urging of Bash, in order to obtain the rented vehicle, and also to take possession of the 12 pounds of methamphetamine from the door panels of the vehicle if law enforcement had not found it.

### III.   ANALYSIS OF THE SECTION 3553(A) FACTORS

In sentencing a defendant, 18 U.S.C. § 3553(a)(1) requires the Court to consider the nature and circumstances of the offense and the history and characteristics of defendant. 18 U.S.C. § 3553(a)(2) requires the Court to consider the need for the sentence to reflect the seriousness of the offense, to promote respect for the law, to provide just punishment for the offense, to afford adequate deterrence to criminal conduct, and to protect the public from Defendant's further crimes.

The Government agrees with the assessment and analysis of these factors as listed in the PSR and believe the weight of these factors has been reflected in the recommended sentence.

//
//
//
//

Given the above factors, and the adjusted guidelines range, the government recommends a sentence of 78 months' imprisonment.

Dated:  August 4, 2023               PHILLIP A. TALBERT
                                     United States Attorney

                                By:  /s/ STEPHANIE M. STOKMAN
                                     STEPHANIE M. STOKMAN
                                     Assistant United States Attorney