**TORRES | TORRES-STALLINGS**
**A LAW CORPORATION**
Alekxia Torres Stallings, SBN296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
MARLON PALMER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARLON PALMER,<br><br>Defendant. | Case No. 1:20-CR00238-4<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

It is Defense counsel's request and understanding that the low end of the guideline range (151 months) is acceptable with the Government. The Defense concurs with the Government. The Defense and Government mutually agree that the sentence in the Sacramento County case, number 14F03944, be served concurrent to the underlying matter, herein.

Respectfully Submitted,

Dated: September 8, 2023

/*s/Alekxia Torres Stallings*
**Alekxia Torres Stallings**
Attorney for Marlon Palmer

1