AMY E. JACKS (CA Bar #155681)
Law Office of Amy E. Jacks
315 E. 8th St. #801
Los Angeles, CA  90014
Phone: (213) 489-9025
Fax: (213) 489-9027
amyejacks@sbcglobal.net

IVETTE AMELBURU MANINGO (NV Bar #7076)
The Law Offices of Ivette Amelburu Maningo
400 S. 4th Street, Suite 500
Las Vegas, NV 89101
Phone: 702-793-4046
Fax: 844-793-4046
iamaningo@iamlawnv.com

Attorneys for Defendant
BRANDON BANNICK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH BASH (01),<br>KENNETH JOHNSON (11),<br>FRANCIS CLEMENT (12),<br>JAYSON WEAVER (13),<br>WAYLON PITCHFORD (14),<br>DEREK SMITH (15),<br>BRANDON BANNICK (16),<br>JUSTIN GRAY (17),<br>JAMES FIELD (18), and<br>EVAN PERKINS (19),<br><br>　　　　　　Defendants. | Case No.:  20-CR-00238-JLT-SKO<br><br>STATUS REPORT RE TRIAL SETTING |

The government and defendants Johnson, Clement, Weaver, Pitchford, Smith, Bannick, Gray, Field and Perkins, by and through their respective counsel, provide this status report regarding trial setting in this case.

At a status conference on August 30, 2023, the Court made findings that the time until January 17, 2024, would be excluded from the Speedy Trial calculation (Doc. 761) and set a further status conference for January 17, 2024.  The Court also ordered the parties to be prepared to select a mutually agreeable trial date at the January 2024 status conference.

On January 2, 2024, the Court ordered the parties to meet and confer, select a mutually agreeable trial date to be discussed at the January 17, 2024 status conference, and to file a joint status report no later than January 10, 2024 (Doc. 765).

 The government and defendants Johnson, Clement, Weaver, Pitchford, Smith, Bannick, Gray, Field and Perkins, by and through their respective counsel, have conferred among each other but have not been able to select a mutually agreeable trial date.  This is due to several factors, including, but not limited to the following: the government has not yet announced whether or not it will seek the death penalty as to any trial defendant, and the paucity of discovery produced to date on the capital-eligible homicides makes it difficult for some defendants to understand the government's theory of liability for the capital-eligible homicides and/or prevents an effective assessment about the viability of various pretrial motions, including suppression of evidence and severance of defendants.

Defendants Clement, Pitchford, Field, and Perkins have stated that they cannot select a trial date until the government has announced their penalty decision. Additionally, one of Defendant Field's counsel has a trial conflict in the fall of 2024.

Mr. Johnson is asserting his constitutional right to a speedy trial.

Defendants Johnson, Bannick, and Gray are amenable to a trial date of October 8 or 15, 2024 or January 14, 2025, if the government announces a no seek before the end of March 2024 and any superseding indictment does not add any unanticipated charges against them, or otherwise affect the parameter of the trial. Counsel for Mr. Gray recognizes that selecting a jury in October, indeed, November or December, 2024 will result in the exclusion of a number of jurors who have Thanksgiving, Christmas and end of year plans.  As such, a January trial date makes more sense and will accommodate counsels' other commitments.

Defendant Weaver states that he can agree to a January 14, 2025 trial date if the government announces a no seek before the end of March 2024 and any superseding indictment does not add any unanticipated charges against him, or otherwise affect the parameter of the trial.

Defendant Smith is amenable to a trial date of January 14, 2025.

The government believes that January 14, 2025 is an appropriate and workable trial date.

Defendant Bash has not provided any input to this status report.

Dated January 10, 2024
Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney
/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

/s/ RYAN VILLA
/s/ ANDREA LUEM
/s/ PETER KAPETAN
RYAN VILLA
ANDREA LUEM
PETER KAPETAN
Counsel for Defendant
KENNETH JOHNSON

```
                                    /s/ JEAN BARRETT
                                    /s/ JANE FISHER-BYRIALSEN
                                    /s/ DAVID STERN
                                    JEAN BARRETT
                                    JANE FISHER-BYRIALSEN
                                    DAVID STERN
                                    Counsel for Defendant
                                    FRANCIS CLEMENT

                                    /s/ MARIAH C. HOLDER
                                    MARIAH C. HOLDER
                                    Counsel for Defendant
                                    JAYSON WEAVER

                                    /s/ MICHAEL D. LONG
                                    /s/ OLIVER W. LOEWY
                                    MICHAEL D. LONG
                                    OLIVER W. LOEWY
                                    Counsel for Defendant
                                    WAYLON PITCHFORD

                                    /s/ ALAN DRESSLER
                                    ALAN DRESSLER
                                    Counsel for Defendant
                                    DEREK SMITH

                                    /s/ IVETTE MANINGO
                                    /s/ AMY JACKS
                                    IVETTE MANINGO
                                    AMY JACKS
                                    Counsel for Defendant
                                    BRANDON BANNICK

                                    /s/ JAMES THOMSON
                                    /s/ TIMOTHY J. FOLEY
                                    JAMES THOMSON
                                    TIMOTHY J. FOLEY
                                    Counsel for Defendant
                                    JUSTIN GRAY
```

4.

|   |   |
|---|---|
| 1 | /s/ K. ALEXANDRA MCCLURE |
| 2 | /s/ SUSAN MARCUS |
|   | K. ALEXANDRA MCCLURE |
| 3 | SUSAN MARCUS |
| 4 | Counsel for Defendant |
|   | JAMES FIELD |

/s/ CRISTINA BORDE
/s/ JON M. SANDS
/s/ JAMES RAEL
/s/ JANE L. McCLELLAN
CRISTINA BORDE
JON M. SANDS
JAMES RAEL
JANE L. McCLELLAN
Counsel for Defendant
EVAN PERKINS