PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-238-JLT |
|---|---|
| Plaintiff, | |
| v. | |
| KENNETH BASH, ET AL, | |
| Defendants. | |

The United States provides notice that it will not seek the death penalty in this case against defendants Kenneth Johnson, Francis Clement, Justin Gray, Brandon Bannick, James Field, Evan Perkins, Jayson Weaver, and Waylon Pitchford.

Dated: February 21, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

1