# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

            v.

KENNETH BASH, ET AL.,

                    Defendants.



**SEALED**

CR NO:   1:20-cr-00238-JLT-SKO

**UNDER SEAL**



**FILED**

**Sep 08, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

---

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum               ☐ Ad Testificandum

Name of Detainee:   Francis Clement

Detained at   KernValley State Prison, located at 3000 W. Cecil Avenue

Delano, California in Kern County

Detainee is:   a.)   ☒ charged in this district by:   ☒ Indictment  ☐ Information  ☐ Complaint
charging detainee with:   Title 18 U.S.C. § 1962(d)

or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☐ return to the custody of detaining facility upon termination of proceedings
or   b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

*Appearance is necessary on September 12, 2022 in the Eastern District of California.*

Signature:

Printed Name & Phone No:   Stephanie M. Stokman

Attorney of Record for:   United States of America

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

BASH_00038432

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testicandum

      The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on September 12, 2022* by *12:00 p.m* to Federal agents in Fresno, CA, pursuant to the arrest warrant signed in this matter, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:  **Sep 8, 2022**

                                        Honorable Stanley A. Boone
                                        U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Frank | ☒Male | ☐Female |
| Booking or CDC #: | | DOB: | |
| Facility Address: | 3000 W. Cecil Avenue, Delano, CA | Race: | |
| Facility Phone: | | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on:

                                     (signature)

BASH_00038433