JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124
Email: james@ycbtal.net

TIMOTHY J. FOLEY
California SBN 111558
Attorney at Law
1017 L Street, Number 348
Sacramento, California 95814
Telephone: (916) 599-3501
Email: tfoley9@earthlink.net

Attorneys for Defendant
JUSTIN GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00238-JLT-SKO |
| Plaintiff, | **REPLY AND STIPULATION REGARDING JUSTIN GRAY'S MOTION FOR DISCOVERY AND DISCLOSURE OF EVIDENCE** |
| vs. | |
| JUSTIN GRAY, | |
| Defendants. | |

Justin Gray filed a Motion For Discovery and Disclosure of Evidence.  Doc #932.  An additional item was added to the motion in a supplement.  Doc #963.  Several co-defendants joined the motion.  Doc #942, #953 and #961.  The government filed a responsive pleading.  Doc #1030.

In the response, the government set forth its position with regard to the 22 items requested in the motion, stating that some items have been produced, others do not exist, and others will be produced.  Doc #1030.

After the response was filed, counsel for Mr. Gray and counsel for the government met and conferred several times in order to clarify the status of the requested items and determine whether the Court's intervention is necessary.  As a result of these meetings,

the parties set forth their understanding and agreement regarding the items requested in the motion.

Mr. Gray's discovery requests and the government's responses follow:

1.      Confirmation that the surveillance cameras located at the Calvary Church, 25501 Oak Street, Lomita California, were inoperable (Bates # BASH 12841).

-      **No footage or images were recovered from these cameras.**

2.      The supplemental report of FIS Michael Bayer and a complete set of photos taken of the black Volkswagen Passat towed from the Lomita crime scene area (Bates # BASH 12841 and 12861).

-      **These items have been produced.**

3.      Copies of any surveillance footage or still photos taken from the fixed camera located at 255th Street, Lomita California that faced southbound covering the driveway of the residence and possibly down 255th Street (Bates # BASH 12843).

-      **No footage or images were recovered from this camera.**

4.      Copies of any surveillance footage or still photos taken from the camera under the eave of the roof facing eastbound down 255th Street; the cameras on the corners of a building facing south across 255th Street; and the Wyze camera in the front window located on Oak Street (Bates # BASH 12844).

-      **No footage or images were recovered from these cameras.**

5.      Copies of any surveillance footage or still photos taken from the Ring doorbell camera located at 255th Street (Bates # BASH 12846).

-      **No footage or images were recovered from this camera.**

6.      Copies of any surveillance footage or still photos taken from the security camera located on Woodward Avenue that faced towards Woodward Avenue (Bates # BASH 12847).

-      **No footage or images were recovered from this camera**.

Reply and Stipulation re Gray's Motion for Discovery

7.      Copies of any surveillance footage or still photos taken from the doorbell Ring camera located on "Woodward Street" (sic, presumably Woodward Avenue) that faced Woodward Avenue and a secondary camera mounted on the north side of the house facing south towards 255th Street (Bates # BASH 12847).

-      **No footage or images were recovered from this camera.**

8.      Copies of any surveillance footage or still photos taken from the security cameras located on Oak Street that faced Oak Street (Bates # BASH 12847).

-      **No footage or images were recovered from these cameras**.

9.      Copies of any surveillance footage or still photos taken from the Ring camera (located on the wall, west of the front door, facing the front yard and street) at 255th Street and confirmation that the camera did not capture the shooting incident (Bates # BASH 12860).

-      **No footage or images were recovered from this camera**.

10.      Any investigation reports concerning the identification of the red sedan seen driving westbound on 255th Street, making a u-turn and then driving away from the area (Bates # BASH 12843).

-      **No reports were made**.

11.      Any investigation reports concerning the identification of the Chevy Silverado seen parked in front of 25520 Woodward Avenue and then driving northbound on Woodward Avenue (Bates # BASH 12844).

-      **No reports were made**.

12.      Confirmation that the "witness perspective photographs" were taken from the bedroom window at the 255th Street residence (Bates # BASH 12860) and that the photographs at BASH 12726 - BASH 12736 are those photographs.

-      **The photographs were taken from the bedroom window of the residence**.

Reply and Stipulation re Gray's Motion for Discovery

13.    The stolen vehicle report (Eau Claire Police Department Wisconsin Incident Report #20PD16740) (Bates # BASH 12860).

-    **The government is not in possession of this report**.

14.    The Global Positioning System monitoring report from Mr. Gray's cell phone (Bates # BASH 12864).

-    **No such item exists**.

15.    The *Ramey* warrant for Mr. Gray authorized on December 10, 2020 (Bates # BASH 12865).

-    **The government agrees to produce this item.**

16.    The search warrant for the La Quinta Inn, 3555 Inland Empire Blvd, Ontario, executed on December 10, 2020 (Bates # BASH 12849-12857, 12865).

-    **The government agrees to produce this item.**

17.    Any recording (audio or video), report, notes, or transcript of any interview/statement of Justin Gray made in an interview room at the South Los Angeles Sheriff's Station on December 10, 2020 (Bates # BASH 12865) where he asserted his Miranda rights and declined to be interviewed.

-    **No such item exists**.

18.    Any recording (audio or video), report, notes, or transcript of any interview/statement of Justin Gray made at the time of his arrest on May 15, 2022 on an unrelated case where he asserted his Miranda rights and declined to be interviewed. (Bates # BASH 13083).

-    **No such item exists**.

19.    A complete copy of the October 27, 2020 Search Warrant and Statement of Probable Cause for all records associated with mobile numbers for V-1 (Roshanski) and V-2 (Magomedgadzhiev) (Bates # BASH 22147). The first four of nine pages are included in the discovery. (Bates # BASH 22147-149).

-    **The government agrees to produce this item.**

20.     All notes, recordings, reports, and/or narratives of the October 7, 2020 interview of G S by LASD investigators as described in the November 19, 2020, Search Warrant for cell phone call records (Bates # BASH 22183, 22190) unless deemed *Jencks* material.

- **These items have been produced unless Jencks or other evidentiary rules apply.**

21.     Any recording (audio or video), report, notes, or transcript of any interview/statement of Justin Gray made at the time of his arrest on September 30, 2022 in this case where he asserted his Miranda rights and declined to be interviewed.  (Bates # BASH 13083).

- **No such items exist**.

22.     Recording of two jail calls alleged to have been made by Justin Gray (Physical Evidence Item # 74).

- **The government agrees to produce these items to defendant Gray.**

In light of the government's representations, and the government's agreement to produce items 15, 16, 19 and 22, by June 20, 2024, and the government's agreement to make further inquiries into items 6, 7, 8, and 9, the parties agree that no hearing on this motion should be necessary. The parties concur that the hearing currently set for July 3, 2024, on the motion should be provisionally held as a placeholder date should a dispute or disagreement arise regarding the discovery production to occur by June 20, 2024.


DATED: May 5, 2024                            Respectfully submitted,

                                                            */s/ James S. Thomson*

                                                            */s/ Timothy J. Foley*
                                                            _____
                                                            JAMES J. THOMSON
                                                            TIMOTHY J. FOLEY
                                                            Attorneys for JUSTIN GRAY

1         SO STIPULATED

2    DATED: May 5, 2024                                                */s/ James S. Thomson*

3                                                               */s/ Timothy J. Foley*

4                                                JAMES J. THOMSON
     TIMOTHY J. FOLEY

5                                                Attorneys for JUSTIN GRAY

6

7    SO STIPULATED
                                                 PHILLIP A. TALBERT

8    DATED: May 5, 2024                                            United States Attorney

9                                                */s/ Stephanie M. Stokman*

10                                               STAPHANIE M. STOKMAN
     Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Reply and Stipulation re Gray's Motion for Discovery