417
Ryan J. Villa, PHV
5501 Eagle Rock Ave NE, Ste C2
Albuquerque, NM 87113
(505) 639-5709
ryan@rjvlawfirm.com

Andrea Lee Luem, PHV
400 South Fourth Street, Ste 500
Las Vegas, NV 89101
(702) 575-0481
andrea@luemlaw.com

Attorneys for Defendant,
KENNETH JOHNSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Criminal case No. 20-CR-238-JLT-SKO |
| Plaintiff, | **REPLY ON APPEAL FROM MAGISTRATE ORDER REGARDING MOTIONS [DOC. 1028]** |
| **KENNETH JOHNSON** | Date: June 24, 2024<br>Time: 10:00 a.m.<br>Place: Hon. Jennifer L. Thurston, Courtroom 4 |
| Defendant. | |

Defendant Mr. Kenneth Johnson, by counsel, The Law Office of Ryan J. Villa, by Ryan J. Villa, and Andrea Lee Luem, submits this Reply to the United States' Opposition [Doc. 1059]. Mr. Johnson requests the Court conduct a hearing and permit oral argument on this matter at previously noticed date and time, June 24, 2024 and 10:00 a.m.

## ARGUMENT

The government's Opposition fails to acknowledge the arguments in Mr. Johnson's Appeal, that Judge Oberto relied on the wrong legal standard in denying the Motion. As Mr. Johnson argues in this appeal, Judge Oberto denied the Motion on the grounds that a court can

only grant relief regarding conditions of confinement in a criminal case if the conditions interfere with counsel's ability to confidentially communicate with a defendant. However, Mr. Johnson did not seek relief from the conditions of confinement on these grounds, but rather, requested the Court return him to state custody pursuant to the writ ad prosequendem. Indeed, Mr. Johnson is not requesting this Court, sitting in criminal jurisdiction, address the conditions at all. He is not asking this Court to order Fresno County Jail (FCJ) to do anything. Instead, he asks the Court to return him to state custody so he will not be subject to the ongoing unconstitutional conditions at FCJ which not only violate his rights, but are impeding his ability to prepare for trial.

The Opposition makes no argument and cites to no authority that would suggest the Court does not have the power to return him to state custody prior to trial in this matter. Practically speaking, the United States Marshal Service (USMS) has to transport Mr. Johnson to court for hearings. It can do this from state custody. To be sure, for trial, Mr. Johnson may need to remain in FCJ since he will need to appear in Court daily, but this is not necessary for pretrial matters. Further, if he is returned to state custody he will not be held in solitary confinement, his numerous medical needs will be addressed, and counsel will be able to arrange visitation free from the conditions that currently exist for visitation. All of these conditions create significant impediments to Mr. Johnson's ability to consult with counsel and prepare for trial.

As of this filing, Mr. Johnson is still held in solitary confinement and only is released from his tiny cell for less than an hour per day. This is simply torture and dramatically impacts his mental health. As of this filing, Mr. Johnson still has not seen a specialist for his hernias, has not obtained his orthopedic shoes, and has not received proper dental care. Due to Mr. Johnson's mental and physical health, rather than preparing for trial, Mr. Johnson deals with pain, discomfort,

anxiety and stress. This changes counsel's job from conferring regarding the evidence, the defense investigation and preparing for trial, to addressing Mr. Johnson's lack of care by the jail

## CONCLUSION

Mr. Johnson specifically did not request that Judge Oberto issue any orders to the FCJ concerning conditions of release in requesting to be returned to CDCR. Instead, he asked the Court to grant relief pursuant to the writ ad prosequendum. Judge Oberto erred in ruling Mr. Johnson could not obtain relief based on case law limiting the criminal court's power over conditions of confinement, rather than addressing Mr. Johnson's argument. Accordingly, this Court should overrule Judge Oberto and order Mr. Johnson be returned to CDCR custody pending his federal trial. Mr. Johnson requests a hearing and oral argument on this matter.

Respectfully submitted,

*/s/ Ryan J. Villa*
Ryan J. Villa, PHV
5501 Eagle Rock Ave NE, Suite C2
Albuquerque, NM 87113
(505) 639-5709
ryan@rjvlawfirm.com

*/s/ Andrea Lee Luem*
Andrea Lee Luem, PHV
400 South Forth Street, Ste 500
Las Vegas, NV 89101
(702) 575-0481
andrea@luemlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May 2024, I served a true and correct copy of the foregoing via ECF to:

All counsel of record

*/s/ Ryan J. Villa*
Ryan J. Villa