Karren Kenney, CA. SBN 174872
Kenney Legal Defense
2900 Bristol Street, Suite C204
Costa Mesa, CA 92626
Telephone: (855) 505-5588
E-Mail: karren.kenney@gmail.com

Attorney for Defendant *Andrew Collins*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA, <br><br>Plaintiff, <br><br>v. <br><br>KENNETH BASH, et. al. <br><br>**ANDREW COLLINS**, <br><br>Defendant. | Case No.   20CR00238-JLT-SKO <br><br>**NOTICE OF UNAVAILABILITY OF DEFENSE COUNSEL FOR SETTING DATES** |

Please take notice that out-of-district court appointed counsel for Andrew Collins, Karren Kenney, hereby provides notice of unavailability for any future date setting in this case, and provides the following calendar conflicts:

- September 6 through September 10, 2024 – Pre-planned vacation for celebration of twenty-fifth wedding anniversary;

- September 16 through September 27, 2024 – Civil Jury Trial

DATED: July 18, 2024                               Respectfully submitted,

                                        /s/     *Karren Kenney*
                                        KARREN KENNEY
                                        Attorney for Defendant

1