Ryan J. Villa
5501 Eagle Rock Ave NE, Ste C2
Albuquerque, NM 87113
(505) 639-5709
ryan@rjvlawfirm.com

Andrea Lee Luem, PHV
400 South Fourth Street, Ste 500
Las Vegas, NV 89101
(702) 575-0481
andrea@luemlaw.com

Attorneys for Defendant,
KENNETH JOHNSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Criminal case No. 20-CR-238-JLT-SKO |
| Plaintiff, | |
| v. | |
| **KENNETH JOHNSON, JUSTIN GRAY BRANDON BANNICK FRANCIS CLEMENT, WAYLON PITCHFORD, EVAN PERKINS, AND JOHN STINSON,** | **JOINT STATUS REPORT**<br><br>Date: October 16, 2024<br>Time: 1:00 p.m.<br>Place: Courtroom 7 (SKO) |
| Defendants. | |

      This case is set for an in-person status hearing on October 16, 2024 at 1:00 p.m. Pursuant to the Court's Order [Doc. 1289] of September 6, 2024, the parties were to submit this Joint Status Report regarding the Government's compliance with disclosure for the Motion for Disclosure of Grand Jury Schedule, Instructions, and Materials [Doc. 1122] filed by Mr. Gray and joined by Mr. Bannick, Mr. Johnson, Mr. Clement, Mr. Perkins, Mr. Weaver and Mr. Pitchford; and the Motion to Compel Specific Discovery [Doc. 1201] filed by Mr. Johnson and joined by Mr. Clement, Mr.

Weaver, Mr. Pitchford Mr. Perkins, and Mr. Stinson. In its Order, the Court ordered the Government to produce responsive materials by September 27, 2024.

With respect to the Motion for Grand jury Schedule, Instructions and Materials, pursuant to the Magistrate Judge's Order of September 6, 2024 [Doc. 1289], the government was directed to produce certain documents relating to the grand jury by September 27, 2024. A stipulation and request for a protective order was submitted on September 24, and the protective order was signed on September 26 [Doc. 1309]. On September 27, the government produced documents responsive to the Court's Order to the discovery coordinator.[1] Defense counsel have not yet had the opportunity to review the documents and cannot confirm that the production is correct and complete.

With respect to the Motion to Compel Specific Discovery, Mr. Johnson sought Rule 16 discovery on certain predicate acts that are alleged in Count One of the Third Superseding Indictment. *See* Indictment, ¶ 20, pp. 7-9 [Doc. 1098]. Mr. Johnson identified seven predicate acts for which he contended no discovery had been produced. It appears, though, that the Government had earlier produced some discovery related to the predicate act charged in paragraph 20(o). However, counsel for Mr. Johnson maintains that the United States has produced only evidence related to one of these predicate acts, that being paragraph 20(e), in response to this Court's Order. In the United States' email of August 1, 2024, attached as Exhibit 1 to Mr. Johnson's Motion, the government indicated that predicate act paragraph 20(m) requires a protective order for the limited

---

[1] In the production, the government included two of the three U.S. Attorney's Office's generic letters, dated May 10, 2021 and October 20, 2022, to employers of the grand jurors selected to serve on the relevant grand juries. It was unable to locate the letter it issued for the relevant 2019 grand jury panel, but the government represents here that the 2019 letter was in sum and substance the same as the other two letters produced.

discovery that can go out in the coming weeks. Since that time, no proposed protective order has been provided.

It is the government's position that it has produced discovery for the offenses and predicates it intends to prove at trial in January, and that does not fall under the Jencks Act, in compliance with Rule 16 and this Court's Order [Doc. 1289]. To the extent the government receives additional discovery from state agencies, the government will produce it without delay in accordance with its discovery obligations and this Court's orders.

Counsel for Mr. Gray and Mr. Bannick notes that Messrs. Gray and Bannick did not join the Motion to Compel.

Dated: October 1, 2024         /s/ RYAN VILLA
                               /s/ ANDREA L. LUEM
                               ANDREA L. LUEM
                               RYAN VILLA
                               Counsel for Defendant
                               KENNETH JOHNSON

Dated: October 1, 2024         /s/ JEAN D. BARRETT
                               /s/ JANE FISHER-BYRIALSEN
                               JEAN D. BARRETT
                               JANE FISHER-BYRIALSEN
                               Counsel for Defendant
                               FRANCIS CLEMENT

Dated: October 1, 2024         /s/ AMY E. JACKS
                               /s/ IVETTE A. MANINGO
                               AMY E. JACKS
                               IVETTE A. MANING
                               Counsel for Defendant
                               BRANDON BANNICK

Dated: October 1, 2024         /s/ JAMES S. THOMSON
                               /s/ TIMOTHY FOLEY
                               JAMES S. THOMSON
                               TIMOTHY FOLEY
                               Counsel for Defendant
                               JUSTIN GRAY

| | |
|---|---|
| Dated: October 1, 2024 | /s/ OLIVER W. LOEWY<br>/s/ EDWARD J. RYMSZA<br>OLIVER W. LOEWY<br>EDWARD J. RYMSZA<br>Counsel for Defendant<br>WAYLON PITCHFORD |
| Dated: October 1, 2024 | /s/ RANDY SUE POLLOCK<br>/s/ TAMARA CREPET<br>RANDY SUE POLLOCK<br>TAMARA CREPET<br>Counsel for Defendant<br>JAYSON WEAVER |
| Dated: October 1, 2024 | /s/ THERESA M. DUNCAN<br>/s/ CRISTINA BORDÉ<br>THERESA M. DUNCAN<br>CRISTINA BORDÉ<br>Counsel for Defendant<br>EVAN PERKINS |
| Dated: October 1, 2024 | /s/ KENNETH ALAN REED<br>KENNETH ALAN REED<br>Counsel for Defendant<br>JOHN STINSON |
| Dated: October 1, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/JAMES CONOLLY<br> STEPHANIE M. STOKMAN<br> JAMES CONOLLY<br>Assistant United States Attorney |