JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124
Email: james@ycbtal.net

TIMOTHY J. FOLEY
California SBN 111558
Attorney at Law
1017 L Street, Number 348
Sacramento, California 95814
Telephone: (916) 599-3501
Email: tfoley9@earthlink.net

Attorneys for Defendant
JUSTIN GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 1:20-cr-00238-JLT-SKO** |
| Plaintiff, | **JUSTIN GRAY'S SUPPLEMENTAL STATUS REPORT** |
| vs. | |
| | Date: October 16, 2024 |
| JUSTIN GRAY, ET AL. | Time: 1:00 p.m. |
| | Place: Courtroom 7; Hon. Sheila K. Oberto |
| Defendants. | |

Counsel for Justin Gray submits this Supplemental Status Report relevant to the status conference scheduled for October 16, 2024 and as a supplement to the Joint Status Report (Doc #1311) filed on October 1, 2024.

Counsel for Mr. Gray have now reviewed the grand jury related documents (Bates 50701-51018) produced on September 27, 2024 in response to the Court's September 6, 2024 Order (Doc #1289).  See discussion in the Joint Status Report at 2, lines 3-11.  As a result of that review, counsel believe that there are additional documents responsive to the Order that have not been produced to date.  Counsel have alerted the Assistant United

1  States Attorneys of these concerns and have met and conferred regarding the potential for
2  the production of the additional documents.  Counsel hope to resolve the issue prior to the
3  October 16 Status Conference.

5  DATED: October 12, 2024                    Respectfully submitted,

6                                              */s/ James S. Thomson*

7                                              */s/ Timothy J. Foley*

8                                              JAMES S. THOMSON
                                                TIMOTHY J. FOLEY
9                                              Attorneys for JUSTIN GRAY

Justin Gray's Supplemental
Status Report