# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH BASH, et al.,<br><br>Defendants.<br>_____/ | Case No. 1:20-cr-00238-JLT-SKO<br><br>ORDER FOLLOWING STATUS CONFERENCE<br><br>(Docs. 1289, 1311, & 1319) |

Pursuant to the Order re: Motions entered September 6, 2024 (Doc. 1289) and the parties' joint status reports (Docs. 1311 & 1319), and following discussion with counsel at the status conference held October 16, 2024, the Court confirms and orders as follows:

**I.    Motion for Disclosure of Grand Jury Schedule, Instructions, and Materials (Doc. 1122)**

Disclosure of the grand jury materials, as ordered by the Court (*see* Doc. 1289), has been completed.

**II.   Motion to Compel Specific Discovery (Doc. 1201)**

Regarding the Third Superseding Indictment (Doc. 1098):

A.    Predicate Act 20(m) SHALL be deleted;

B.    Predicate Act 20(d) discovery consists of Jencks Act material that SHALL be provided pursuant to District Judge Thurston's Scheduling Order entered September 4, 2024 ("Scheduling Order") (Doc. 1286);

C. Predicate Act 20(e) discovery consisting of 75 pages has been provided and additional Jencks Act material SHALL be provided pursuant to the Scheduling Order. **By no later than October 25, 2024,** the Government SHALL also provide any and all relevant autopsy reports;

D. Predicate Act 20(h) discovery was provided upon filing of the Indictment on December 10, 2020. **By no later than three (3) business days after receipt of storage drives from the Discovery Coordinator**, the Government SHALL provide to the Discovery Coordinator any and all relevant wiretap evidence (pertaining to all predicate acts) for production to Defendants;

E. Predicate Act 20(q) discovery has been provided and additional Jencks Act material SHALL be provided pursuant to the Scheduling Order. **By no later than October 25, 2024,** the Government SHALL provide the Bates stamp ranges of the discovery previously provided; and

F. Predicate Act 20(t) discovery consists of Jencks Act material that SHALL be provided pursuant to the Scheduling Order.

IT IS SO ORDERED.

Dated:   **October 16, 2024**          /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE