1  THERESA M. DUNCAN
Admitted *Pro Hac Vice*
2  Law Office of Theresa M. Duncan LLC
P.O. Box 2769
3  Santa Fe, NM 87504
(505) 710-6586
4  teri@duncanearnest.com

5  CRISTINA BORDÉ
Admitted *Pro Hac Vice*
6  Law Office of Cristina Bordé
33 E. Main Street
7  Suite 400
Madison, WI 53703
8  608-620-3307
cristinaborde@gmail.com
9

10  Attorneys for Evan Perkins

11

12        **IN THE UNITED STATES DISTRICT COURT**
          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

13

14                                              No. 1:20-cr-0238 JLT SKO

15  **UNITED STATES OF AMERICA**,

16        Plaintiff,                            **STIPULATION TO SHORTEN TIME**
                                                **FOR NOTICING OF HEARING ORDER**
17        v.

18  **EVAN PERKINS,**

19        Defendant.

20

21

22        Defendant Evan Perkins, though his counsel Cristina Bordé and Theresa M. Duncan,

23  and the government, through its counsel Stephanie M. Stokman and James Connolly, stipulate

24  and agree to shorten the notice requirements of L.R. 430.1(e) by one day and to set a hearing

25  on Mr. Perkins' motion to continue and sever trial (Doc. 1340) for November 18, 2024, at

26

9:00a.m. before the Honorable Jennifer L. Thurston in Courtroom 4. Counsel further stipulates to the following briefing schedule:

The government's opposition to Mr. Perkins' motion for continuance and severance is due no later than November 12, 2024.

The defense's reply to the government's opposition is due no later than November 14, 2024.

Respectfully Submitted,

*/s/ Theresa M. Duncan*
THERESA M. DUNCAN

*/s/ Cristina Bordé*
CRISTINA BORDÉ

Attorneys for Defendant Evan Perkins

*Stephanie M. Stokman*
STEPHANIE M. STOKMAN

*James Conolly*
JAMES CONOLLY

Attorneys for the United States

IT IS SO ORDERED.

Dated:   **November 6, 2024**

_____
UNITED STATES DISTRICT JUDGE

2