MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1304 L. Street
Bakersfield, CA 93301
Telephone:  (661) 616-2141
Email: monica@lawbermudez.com


Attorney for the Defendant
SAMANTHA BOOTH


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00238-JLT-SKO-7 |
| Plaintiff, | CHARACTER LETTERS |
| v. | |
| SAMANTHA BOOTH | |
| Defendants. | |

Samantha Booth, by and through her counsel, Monica L. Bermudez, respectfully  character

letters and certificates for the courts consideration at the time of sentencing.

DATED: November 8, 2024

_/s/ Monica L. Bermudez_
MONICA L. BERMUDEZ
Counsel for Defendant
Samantha Booth

1

To The Honorable Judge Thurston,

I would like to start this letter by formally apologizing to the court for standing before you. Being federally indicted has been a life-changing event. It was an extremely embarrassing and humbling experience. In the beginning, driven with fear I did not feel that anything positive would come out of this experience. However, I can confidently say now that this experience has changed my life forever. When I was granted pretrial release, I had an opportunity to address my addiction and the unhealthy ways I had been living. I was forced to acknowledge the issues buried deep that were triggering my substance abuse. I chose to make the necessary adjustments to my life to move forward. I have benefited greatly from the numerous services the court provided me. Thank you for making those services available to me.

It is important to me that the court knows that I am not these people. Nor would I ever care to be. These things that are portrayed here and the crimes committed here, are nothing short of disgusting. I am appalled at where my addiction and my poor choice of men have taken me. I also understand that through a series of horrible decisions, I have a share of the blame to shoulder. I do take full responsibility for the mistake I made and have learned from it along with changing my life for the best.

Through the services provided to me and my willingness to change, I learned that I put a toxic, unhealthy, abusive, and codependent relationship with Derek, the father of my children, above my faith and my better judgment. Throughout the years of domestic violence most times living in fear of his reaction at times and not using good judgment. I'm focused on building healthy and stable relationships today. I haven't had contact with him in 4 years, I have instead worked on myself. Utilizing therapy, relationship skills classes, learning healthy boundaries, and more, helped me heal and understand the past years of damage causing substantial PTSD that I had not addressed. Working through all this and living for myself and not out of fear of someone has been liberating. My decisions were compromised and fear-driven. Buried with a battle of substance abuse to not feel or heal. With clarity, programming, counseling, continuous healing, extreme change, and sobriety I am the healthiest version of self I dreamed possible. I also returned to church regularly.

Since December 2020, I have completed a 90-day inpatient program at Westcare Residential Treatment Facility. I graduated from Westcare as a C.O.R.E. Member. I have fully complied with the court's terms and conditions and tested clean for the entire time since my arrest. I also attend and participate regularly in NA meetings and Celebrate Recovery. I have maintained full-time employment and a functioning household. Volunteer work with church as well as donating time at

Christmas on Candy Cane Lane, successfully being a productive member in society.

After my arrest and successfully graduating from Westcare, I moved out of Fresno to Elk Grove California. Leaving behind everything that was once familiar to me, providing the mandatory distance needed from negative associations. Moving away blessed me with an opportunity to reunify with my children. I was not previously allowed to be a part of their lives for 5 years due to my addiction and not maintaining a healthy way of life. Even with pending federal charges in this case I turned my entire situation around 180 degrees to a positive life of light. On the whole, I am completely living life again. I started attending my children's school activities, sporting games, and events. I enjoy being present, clean, and sober every day. It has felt like a dream come true. I can say I am the parent today my kids always deserved. I was blessed to witness milestones in their life; My son getting his driver's permit, then his license, and watching him attend his first prom. Thankfully I was there, proud, as he graduated high school. Immediately after moving to Elk Grove, my son moved in with me. Finally given a second chance at the relationship with my son that my addiction stole from us.

When I moved to Elk Grove I connected with a certified drug and alcohol counselor Bill Yurong who was assigned to me while on pretrial release. Bill is a retired probation officer of 35 years from Sacramento County who worked in the armed high supervision unit. I participate in weekly individual substance abuse counseling with Bill Yurong. When offered to reduce sessions, I chose to continue weekly as I have benefited immensely from it. He has helped me learn to navigate efficiently through life's obstacles. I have developed better coping skills and accept responsibility for my actions. I started centering my focus on the important things. My motivation to stay clean and sober is my three children and my mother, who has numerous health conditions.

I acquired and sustained full-time employment immediately after moving to Elk Grove. I switched jobs with no lapse in employment. I continued working full-time until I had to make arrangements for a stable living situation for my son and mother in anticipation of my first prison sentence. As I was making good decisions and taking care of the people I care about. I enjoyed the serenity of normality and for the first time, in a very long time, felt content.

Out of all the fears I have leaving for potentially 10 years, the fear of losing my mother is the most prominent. I have to take care of my mother and have done so for many years. She has numerous health conditions she struggles with. She can not drive

and she is the only parent I have since my father's death. I'm constantly helping her budget bills, transporting her to appointments, and overseeing her ensuring she is okay. The regret I feel now that my poor decisions will separate me from my mother and children is gut-wrenching.

About one year ago I began speaking and reaching out to troubled teens. Sharing experiences, strengths, and hopes. I hope that my story will inspire others. It is one of my only ways to give back to the recovery process while still actively working on myself. Growth from sharing my testimony each time afterwards I feel a little bit lighter within.

Despite the poor choices and mistakes I have made to get me to this point (involved in a federal indictment), I can say that I am proud of who I am today. To be able to say I have 3 1/2 years clean feels great. I'm grateful for the opportunity pretrial has given me to change the direction of my life.

Regardless of what happens today, I know that I will not go backward, I will continue to move forward and utilize the positive life skills that I have acquired in the process.

I apologize for my involvement in this case, any hurt I inflicted on others while in active addiction, and to my loved ones who will be unjustly impacted by the consequences of those actions.

Thank you for your time,


Samantha Booth

February 4, 2024

Honorable Judge Thurston,

My name is Austin Lawrence. I am writing you this letter for mom Samantha Booth. I wanted to share my feelings of who I believe my mom is. Today she is an amazing person and mom is far from who she was when she made the poor choices into this case.

I had not seen my mom since I was 10 years old until I was almost 15 because my grandma Derek's mother had custody of me and my two sisters. Over those years I would beg to see my mom and talk to her. It was always no and then reasons because she isn't doing well and hasn't changed. I would find ways to message her on social media until I got caught and grounded from my phone. After so long I stopped asking and would just pray to see her. I never gave up hope. When we were still with my mom and Derek, who is my youngest sister's dad, lived there with us there were a lot of times she would beg him to stop yelling and I could see the fear in her face. When she would tell us in a rush to get our shoes in hurry and we would be running to the car to get away from Derek one time he broke the car window when my mom was driving away. I think he was my moms downfall and she never could get away. He would kick in the door and do crazy things.  Now today I see a huge change in my mom since she has been back in our lives. She isn't the same person as before when I was younger. My mom lives today happy and not afraid of making him mad anymore. She goes to counseling and stays going forward in a good direction. I think she forgives herself and isn't feeling guilty anymore for not being in our lives and missing so much. I was so happy when I got to move in with her in the beginning of my junior year of High school! I haven't left her side since. My mom has always tried to do what she could to take care of us when we were younger but now she has changed and it shows. For the last 4 years I know I'm loved, feel safe and that I can count on my mom. She doesnt talk to the friends that got her in trouble or Derek that got her in trouble and in this case. Everyday she made sure I went to school she would even send me money for the uber when I would wake up late trying to get her to call in my absence. Her being strict I graduated high school even when I didn't care or think  it was a big deal. She pushed me to do my best and I'm thankful for her. My mom helped me get my first job and is very persistent helping me understand how important goals are in life.

Since she's sober now we do all kinds of things: bowling, the movies, riding quads. My mom is my best friend now and I'm proud of her and how far she has come and changed. When my dad died last year she stood strong and held everyone together. The only family I have is my grandma, my aunts and grandma on my dads side and my mom. Since my sisters have moved to Oklahoma. I know my mom made a big mistake and she tells me all the time to make smart choices and to think about any consequences. I don't know what I will do without her if she goes away again. I feel like I just got her back. I do know I will be there for her like she needs and make her proud.

Thank you for your time and please take the character of my mom that is standing in front of you as a changed woman not who she was 4 years ago.

Sincerely, Austin Lawrence

September 6th, 2022

Dear Honorable Judge,
My name is Rebecca Rexroat I am writing to share my support for the defendant in
question, Samantha Booth. I am the Aunt to Samantha's two oldest children Austin
and Kendal.

I originally met Samantha while working for a coffee shop when we were teenagers.
I grew to be very fond of Samantha.  She had great work ethic and I enjoyed our
shifts together. She was always such a positive person to be around. Not too long
after working together she would begin to have interactions with my brother,
Steven Rexroat, which lead to a relationship where she would have children with
Steven.

I would often be involved in her kid's life all the way through the court custody
battles she went through with her kids. My mother took temporary custody of
Samantha's 3 kids including Kambria who had no blood relation to us. I was not
involved with any of the court situations at that time but I did visit frequently to
assist my mother and the children. I was an extremely active aunt. Although, I
steered clear of the lifestyle both Samantha and my brother went down but would
pray they would make a change for the kids.

When Samantha began to change her life around I was able to see this via social
media but did not overstep and just hoped she would allow me to be a part of her
and the kid's life again. I knew she needed time to work on things to get to that
place. My heart was so full when she did reach out this last May. Since then I have
been able to have a front row seat to the mother I knew she always was deep down.
She just had to get right with herself to bring that out. And she did. She loves her
kids and does everything to provide and support them. She's held a job with the
company she is at for a steady amount of time, which she has expressed is a place
she has great support. Not only would it hurt me to see her lose her job but more
importantly for her kids to lose her to the system for the mistakes she made. These
kids have craved their mother's presence and just when she was ready to stop the
lifestyle she was living and do better she still has this pending case that could
remove her from her kid's life.

Samantha is a great person who got caught up with the wrong people and made
some regrettable decisions. She has confide in me her regrets and I am witness to
her full change in a better direction. I wouldn't be around if I didn't know this. If you
would spare Samantha any incarceration time the kids would benefit most. Her
oldest son would have his mother watch him graduate high school next year and the
younger girls would have a mother to help navigate through their teen years. Since
they don't have their father(s) present they would at least have a mother.

September 6th, 2022

Thank you for your time

Sincerely, Rebecca Rexroat

Chelsea Rumley
6536 North Ricewood Ave
Fresno CA, 93711
January 13, 2024


Your Honor,

I am writing this letter as a character reference for Samantha Booth.  I have known Samantha Booth for several years.  In that time, I have seen many aspects of Samantha's personality.  I have always found her to be extremely kind, dependable, and possess a great deal of integrity.  I realize that might seem hard to believe, given the circumstances, but it is true, nonetheless.

I hope that the crime she committed will not be the only factor you consider in her judgement.  I hope you will also consider Samantha's efforts since the crime occurred.  Samantha has remained sober for over three years.  Samantha has continued to be a responsible adult by staying employed and supporting herself and her son.  Samantha has a strong commitment to her family and to her rehabilitation.

Samantha feels greatly remorseful for her involvement in this crime.  I hope she gets the opportunity to continue to turn her life around. I feel that spending years in prison would set her back from all of the progress she has made and be detrimental for her family.


Sincerely,

Chelsea Rumley






# Welcome Samantha

Catch up on the latest company information and helpful reminders!

# Announcements

**Congratulations to Samantha Booth - Employee of the Month for May!**

Dear Samantha,

We are thrilled to announce that you have been chosen as the Employee of the Month for May! This recognition is a testament to your exceptional dedication, outstanding performance, and remarkable contributions to our team. Your hard work and commitment have not gone unnoticed, and we want to express our heartfelt congratulations to you.

- She has gone above and beyond, always willing to help and is very Knowledgeable. She is even willing to learn production and help out in anyway she can. She is always giving 100% into her work and I know I can count on her.
- She is such a hard-working person and always with a positive attitude.
- She's always wanting to learn new things, and a great member of the Easy Lift Team.
- Samantha Does a great job following up on warranties and communicates with her team well.
- Samantha's work ethic is impressive and hard to find now a days. Always with a positive attitude and willing to learn.



To the honorable Judge Thurston,

I am writing in reference to Samantha Booth who is appearing before your court.

Samantha asked me to write a character reference letter. I had already planned on writing a letter because it is important to me that you know what kind of person Samantha is. She is dependable, responsible, honest and courteous.

I have had the opportunity to know Samantha for several years now. She is the mother to my 10 year old niece. I have seen Samantha's ups and downs. All the while I knew she was a good person at the core.  It has been a few years now that Samantha has been doing extraordinarily well.

She has made a complete transformation. She is a full time employee. She is a full time mother to her teenage son whom absolutely adores her. She attends church every single week. She goes to NA meeting and counseling every single week.  She has an amazing support group. She has been clean from drugs for several years now which is a huge accomplishment. She is a very strong person who is determined to succeed in life and has been proving herself.

Samantha is a person of good moral character. I realize that may seem hard to believe, given the circumstances, but it's true nonetheless. I beseech you to consider my character letter because she isn't a criminal. She doesn't deserve to go to jail or prison. She is raising her son that she recently reconnected with after several years of being away.  It would be very upsetting to her son and would cause great sadness. She is his sole provider and caretaker. There will be a domino effect if Samantha goes to prison. A child's life will be a struggle and this life is hard enough as it is.

I can truly understand how difficult it is for you to have to make a decision of this type and under these circumstances, without really knowing the person in front of you, but I trust in God that you can look at this letter and feel all the support that the family and friends of Samantha are trying to provide you. All this in order to tell you that we trust your wise decision, always considering the best for everyone.

Thank you,
Erica Flowe
7/11/2023

**September 04, 2024**

**Honorable Judge Thurston,**

      **Firstly, I would like to thank you for your time and consideration in reading this letter.**

      **In regards to Samantha J. Booth. I have a few things to say , and some insight in her life over the past year and a half.**

      **Although I did not personally know Samantha before entering into the WestCare treatment program I did know of her.   I have somewhat of an idea what her life looked like before treatment. To say the least it was not what you would consider productive nor consistent with a contributing member of society.**

      **What I would like to address today is the past year and a half of Samantha's life in recovery. When I entered into WestCare of California in December of 2021 I was scared I was broken and I had no clue how I was going to make it through a 3-month program.**

      **Samantha was what you would call a big sister, a model core member, and one of the few people at WestCare that I looked up too. Samantha not only did that program but she helped others not only understand the true meaning of recovery but gave them an example of what to live by and what to do.**

      **In having lived in a lifestyle of drugs and knowing many others who have lived that lifestyle 2% is the statistic sadly given to recovering addicts who succeed and stay in recovery. Samantha is one of those 2% I have no doubt in my mind or in my heart. She not only completed WestCare she packed up and broke off contact with people that were not good for her. Samantha also moved to be closer to her children and began living a meaningful and fulfilling life. She has become a successful and productive member of society.**

      **Samantha attends church regularly she also attends recovery groups and has stayed connected in recovery.**

      **Samantha is setting an example for so many men and women who are standing right where she once was 4 years ago. She has truly turned her life around. I would just ask when considering sentencing please also consider the changes that this woman has**

made in her life and the impact she is having on her community and other people who are willing to change their lives.

Thank you once again for your time and consideration.

Respectfully,

Kimberly Gary

To Whom It May Concern,

I am writing this letter on behalf of Samantha Joy Booth.

My name is Natalie Orndoff. I am Samantha's best friend. I have known Samantha Booth for over 20 years. I wanted to formally acknowledge the impact that Samantha has on many lives.

Samantha regularly assists with my son, Noah, who has special needs. I have limited family. Samantha's assistance with the struggles that accompany a child with severe cognitive impairment, have made it manageable. She plays a major part in Noah's life and in his recovery.

Shawn Booth, (Samantha's mother) is riddled with numerous health issues. Her mother is a survivor of a major head injury. Since the accident, Samantha has been the "rock" that grounds her mother. Samantha has taken care of her mother since she sustained the head injury many years ago. Samantha's constant reminders, transporting  to doctor appointments and over seeing her mother's finances are just a few of the many tasks Samantha takes on to help her mother.

Samantha has a son, Austin. Austin and Samantha are extremely close. It is just the two of them. Austin recently lost his father to an untimely, accidental death. Back in April of 2023, Austin's father was working under a car when the car slipped off of the support and he was tragically killed. Samantha was left with yet another, heavy responsibility to carry on her own. Due to the realization that prison time will be imposed, Samantha uprooted herself and her son. They left Elk Grove and moved back to Fresno in hopes that Austin will have a support system. A network of people in place to help Austin transition to being without his mother for an undetermined amount of time.

These are just a few lives that will be majorly impacted by Samantha's extended absence.

I have had many conversations with Samantha regarding the potential prison term she is facing. She is remorseful and humbled by this experience. She is consumed with anxiety knowing that she has put herself in a position where the consequence enevitably will hurt not only herself, but many people she loves.

If I could successfully relay one thing through this letter, I would want it to be that Samantha's absence will be felt deeply and also inflict hardships on many people, including myself.

I pray that the court recognizes all of Samantha's growth, remorse and humility.

The person standing in your courtroom is not the same person she was three years ago.

Thank you for taking the time to read my letter. I am grateful for the opportunity to speak on behalf of Samantha Booth. She is a very important person in my life.

Thank you for your time,

Natalie Jane Orndoff
January 29th 2024

May 10, 2023

The Honorable Judge Thurston

Eastern District Federal Court

Re: Character Letter for Samantha Booth

Dear Judge Thurston,

I am writing to attest the character of Samantha Booth, whom I have known for 3 years in my capacity as a pastor at Streamline Church.

Samantha has been an active member of our church, participating in leadership programs, city outreach programs, Life Track classes, volunteering in community events, food drives and fundraisers, and attending Sunday services weekly alongside with all three of her children who are also attending bible study and youth ministry.

Samantha has been an excellent role model for those seeking a more active and rewarding relationship with God. She has demonstrated unwavering integrity and compassion. Samantha is a person of high moral character, displaying honesty and truthfulness in all her interactions. I have been pleased to witness spiritual growth over time and look forward to seeing it blossom further. Based on my knowledge of Samantha's character since rehabilitation and continued redemption she is a person of integrity and is deeply remorseful for the consequences of her past choices. It has caused tremendous pain with continuous healing. She has been a bright spot in our congregation.

I Kindly request the courts consideration of Samantha's overall character and previous contributions to society. I am confident that with appropriate guidance and support, she will continue to positively contribute to the community. As well as striving to be the best version of herself and a mother. I believe Samantha's deserves opportunity for rehabilitation in life that she has recreated in a positive healthy direction.

Thank you for taking the time to review this character letter. Please do not hesitate to contact me at the details provided.

Sincerely,


Pastor Dave Novak

*Craig Randy Barker*

1431 Houston Ave.

Clovis, CA 93711

559) 203-2559

February 15, 2024

To Whom It May Concern,

My name is Randy Barker and I have been receiving In-Home Care support services from Samantha Booth who I have hired as my Care Provider. I am at the maximum hours of care to receive through Social Services with Fresno County. Samantha is scheduled to work 40 hours a week split up Monday through Sunday. As my provider, she Cooks includes meal prepping, going to the grocery store, taking me to doctor appointments and physical therapy, cleaning, laundry, and keeping me on my routine of medications. She is currently waiting for her fingerprinting background to be cleared which was already submitted. Currently, she is working and logging these hours and will be receiving her paycheck including back payment for these weeks from Fresno County Department of Social Services.

Please find this letter in regards to showing her receipt of employment as an In Home Supportive Service Provider for me. Feel free to contact me anytime if you have any questions at 559)203-2559.

Thank you,

*Craig Randy Barker*

January 10, 2024


RE: Samantha Booth


To Whom It May Concern:


I met Samantha when we went to middle school. At the time we were just normal pre-teenagers that found friendship through common traits and interests. As we grew into moving off into high school we grew apart as well. My sister and I moved to a different school district and in the meantime, Samantha was hanging around the group of kids I wouldn't. I was more of a "goody two shoe" type of kid and I would distance myself from a certain type of group because I saw them going down the same path as my brother and older sister did.

I knew these people were doing drugs and I wanted to be far from that. Samantha and I didn't really talk much up until she got pregnant with my nephew by my brother. Of course, we would include Samantha into our family as having our nephew she was considered family from there on out. My nephew was born but I was raising my own child, so Samantha and I didn't really hang out often. But I did know that she still wasn't trying to stay away from drugs and the lifestyle that drugs bring.

I was a young mother that stayed far away from my brother. My brother includes the lifestyle that I didn't want to be around since I was a young teenager. A couple years after, she had my niece, and I truly didn't respect Samantha at that time. For being a young mother myself, I couldn't understand how someone could bring 2 children into this world and also be completely selfish by doing drugs and running around the streets causing problems. I saw my niece and nephew rarely but normally when my brother got out of jail or when my sister took the kids for the weekend to visit our family.

Samantha and I didn't have much of a relationship other than having small talk in passing. There was a specific time that I recall that I was so mad at Samantha and my brother. It was Thanksgiving and my mom was hosting. The entire family was there and Samantha and my brother came over. I could tell that they were completely strung out on drugs. It was so disrespectful to my mom and our family that they would show up in the state of mind that they were in and act like we didn't notice.

My brother and Samantha would then break up and Samantha went off to hang around the same crowd that I would clearly steer clear of. Samantha and I didn't have any kind of friendship thereafter. What I can recall is she had her third child and very shortly after she got the kids taken by the state. My mom gained temporary custody of the three children while Samantha was supposed to be getting her life together to gain custody of her children back. She did well enough that she did get the kids back but not for long. The only time I interacted with Samantha was when the kids were around.

Years go by and the children have been adopted by her youngest daughter's grandmother/grandfather. I started to have a relationship with Samantha again when I noticed she was off drugs but that didn't last long. I still had a friendship with Samantha trying to encourage her to stay away from the lifestyle. At this time were grown adults and since I truly cared for Samantha, I felt by knowing her struggles and being her friend, I realized that it's only right to try and be there for someone rather than cut them off.

The past few years our friendship has grown tremendously because she has straightened her life out. She quit doing the drugs and took herself out of the lifestyle that always drug her down. She moved and

was able to be in contact with her children. Her oldest, my nephew, started living with her and I truly believe he is her driving force. She has gained my respect back 100% and I see the change in how she thinks of what she wants to do with the rest of her life.

Samantha is a wonderful person and friend/mother. She has shown me that people can change and pull themselves from the darkness that drugs bring to a person. She deserves to be given the chance to live this clean life and to be a mother to her children as much as she possibly can.

She and I certainly took different paths as teenagers, while I am not perfect, it shows that taking the wrong path can lead to a world of hell for a person. The peer pressure, the fast money, taking no responsibility, the lies, the deceit, and taking advantage of people is all what comes with that type of lifestyle. I could say that she is trying to leave all of that behind her and live a true life with having a steady job, having responsibility, staying clean, and staying out of trouble. It's not easy and she knows that, but she also knows that it's truly worth working hard for. Being free is definitely worth the hard work of living the clean life. I am proud to say that she is my good friend and my sister in law.

Sincerely,

Sandra Rexroat

Letter of Character Reference for Samantha Booth (01/31/2024)

To Whom It May Concern,

I am writing this letter on behalf of Samantha Booth, whom I have known since 2012. Samantha and I first met when we both moved from other cities to San Luis Obispo. At the time, I was battling addiction, which led me down a path of regrettable choices. Despite our shared struggles, Samantha and I connected due to our similar backgrounds and maintained a strong friendship.

Over the years, we both faced significant challenges in our lives. We made detrimental choices that affected our futures, and I was living for survival, even at the cost of jail/prison time. Samantha confided in me that she had children she loved but could not have in her home due to her lifestyle. Similarly, I was struggling with my own court issues with CPS as I attempted to regain custody of my daughter. Despite our circumstances, we both desired to leave our destructive lifestyles behind.

In 2018, I made the decision to prioritize my recovery and leave my past behind. I knew that I could not continue living in the same manner, and that recovery was my only option. Samantha had also begun her own recovery program and was eager to turn her life around for the sake of her children. We remained in contact, and when Samantha relocated to Northern California to be closer to her children, we realized that we both had the same goal: to maintain our sobriety.

In 2021, Samantha and I decided to rent a home together to create a sober living environment. During this time, I was able to witness firsthand Samantha's incredible transformation from a hardened, addicted person to the joyful, hopeful spirit she is today. She is now intentional with her recovery, purposeful in protecting her family and surroundings, and hyper-focused on building her life on a strong foundation of faith in God. Despite the difficulties of being a single parent, head of household, and maintaining full-time employment, Samantha has remained determined to raise her son while maintaining her sobriety.

I am pleased to say that Samantha has remained a productive member of society. Her admirable work ethic, strong family and friend support, and determination brought her to the courts' attention, resulting in the placement of her son in her home. Samantha's natural maternal instincts have become evident in raising her son, who has grown into a happy, mature, and

responsible young man. She continues to be an asset and a valuable person to anyone who is around her through family, work, and recovery.

In summary, Samantha is a true living, breathing example of what recovery and motherhood can look like for anyone who is struggling with addiction. She is a faithful servant in recovery to her family, faith, and hope.

Sincerely,

Sean Reinhardt

Completed on:
04/01/2024

www.openpathcollective.org

8 lesson course



open path

mental health education

*Certificate of Completion*

Open Path Mental Health Education presents this Certificate of Completion to acknowledge the completion of our 8 lesson Domestic Violence course by

# Samantha Booth

Open Path is a 501(c)3 organization that believes in providing affordable mental health education. Our mental health education courses were developed by 3 licensed mental health practitioners and are accepted by third party entities throughout the US, the UK, Canada, New Zealand & Australia.

One lesson is equal to one hour or one week of class instruction.

Rebecca Gangl, MA, LPC
Company Consultant

Paul Fugelsang, MA, LPC
Executive Director

Yael Baldwin, PhD
Company Consultant

Completed on:
06/07/2024

www.openpathcollective.org

8 lesson course

# open path
mental health education

## Certificate of Completion

Open Path Mental Health Education presents this Certificate of Completion to
acknowledge the completion of our 8 lesson Battery Intervention course by

## Samantha Booth

Open Path is a 501(c)3 organization that believes in providing affordable mental health education. Our
mental health education courses were developed by 3 licensed mental health practitioners and are accepted
by third party entities throughout the US, the UK, Canada, New Zealand & Australia.
One lesson is equal to one hour or one week of class instruction.

Rebecca Gangl, MA, LPC
Company Consultant

Paul Fugelsang, MA, LPC
Executive Director

Yael Baldwin, PhD
Company Consultant

Completed on:
05/01/2024

www.openpathcollective.org

12 lesson course

# open path
mental health education

## Certificate of Completion

Open Path Mental Health Education presents this Certificate of Completion to
acknowledge the completion of our 12 lesson Domestic Violence course by

# Samantha Booth

Open Path is a 501(c)3 organization that believes in providing affordable mental health education. Our
mental health education courses were developed by 3 licensed mental health practitioners and are accepted
by third party entities throughout the US, the UK, Canada, New Zealand & Australia.
One lesson is equal to one hour or one week of class instruction.

Rebecca Gangl, MA, LPC
Company Consultant

Paul Fugelsang, MA, LPC
Executive Director

Yael Baldwin, PhD
Company Consultant

Completed on:
06/07/2024

open **path**
mental health education

www.openpathcollective.org

16 lesson course

# Certificate of Completion

Open Path Mental Health Education presents this Certificate of Completion to
acknowledge the completion of our 16 lesson Domestic Violence course by

## Samantha Booth

Open Path is a 501(c)3 organization that believes in providing affordable mental health education. Our
mental health education courses were developed by 3 licensed mental health practitioners and are accepted
by third party entities throughout the US, the UK, Canada, New Zealand & Australia.
One lesson is equal to one hour or one week of class instruction.

Rebecca Gangl, MA, LPC
Company Consultant

Paul Fugelsang, MA, LPC
Executive Director

Yael Baldwin, PhD
Company Consultant



# H O M E B R I D G E

# Certificate of Completion

May 14, 2024

## Crisis Intervention: Verbal De-escalation

— Certificate —

This document certifies that **Samantha Booth** has completed the training "Crisis Intervention: Verbal De-escalation (Multiple Languages) - 2088" (4 hours) provided by Homebridge Inc.

Course summary: Training for Career Pathways and CalGrows

Reference Number: 6246707390202063

| | |
|---|---|
| Class Number | 2088 |
| Hours | 4 |
| Minutes | 00 |
| Career Pathway | General Health & Safety (General Pathway) |
| CalGrows Incentive | Career Builder |

You can also find this document on the Internet at the following address: https://homebridgeca.360learning.com/redirect/api/certification/6246707390202063





# CERTIFICATE OF COMPLETION

HOMEBRIDGE

May 4, 2024

## Abuse, Neglect, and Financial Exploitation

—— Certificate ——

This document certifies that **Samantha Booth** has completed the training
"Abuse, Neglect, and Financial Exploitation (Multiple Languages) - 2070" (1 hour)
provided by Homebridge Inc.

Course summary: Training for IHSS Career Pathways with Homebridge.

Reference Number: 8461083359439458

You can also find this document on the internet at the following address: https://homebridgeca.360learning.com/redirect/api/certification/8461083359439458

| | |
|---|---|
| Career Pathway | General Health & Safety |
| Class Number | 2070 |
| Hours | 1 |
| Minutes | 0 |
| Pathway Type | General |





HOMEBRIDGE

# Certificate of Completion

May 14, 2024

## Simulation: Personality Disorder (2091)

— Certificate —

This document certifies that **Samantha Booth** has completed the training "Simulation: Personality Disorder (Multiple Languages) - 2091" (1 hour) provided by Homebridge Inc.

Course summary: Training for Career Pathways and CalGrows.

Reference Number: 5795729734703147

You can also find this document on the internet at the following address. https://homebridgeca.360learning.com/redirect/api/certification/5795729734703147

| Class Number | 2091 |
| Hours | 1 |
| Minutes | 00 |
| Career Pathway | Cognitive Impairments & Behavioral Health |
| CalGrows Incentive | Career Builder |







# CERTIFICATE OF COMPLETION

## HOMEBRIDGE

April 28, 2024

## Key Concepts of Home Care, Self-Determination and Self-Direction

— Certificate —

This document certifies that **Samantha Booth** has completed the training "Key Concepts of Home Care, Self-Determination & Self-Direction (Multiple Languages) - 2067" (1 hour) provided by Homebridge Inc.

Course summary: Training for IHSS Career Pathways with Homebridge.

Reference Number: 733425825657425

You can also find this document on the Internet at the following address: https://homebridgeca360learning.com/redirect/api/certification/733425825657425

| | |
|---|---|
| Career Pathway | General Health & Safety |
| Class Number | 2067 |
| Hours | 1 |
| Minutes | 0 |
| Pathway Type | General |



# HOMEBRIDGE

# Certificate of Completion

## Simulation: Harm Reduction (2094)

May 14, 2024

— Certificate —

This document certifies that **Samantha Booth** has completed the training "Simulation: Harm Reduction (Multiple Languages) - 2094" (1 hour) provided by Homebridge Inc.

Course summary: Training for Career Pathways and CalGrows.

You can also find this document on the Internet at the following address, https://homebridgeca.360learning.com/redirect/api/certification/6275091460739318

Reference Number 6275091460739318

| | |
|---|---|
| Class Number | 2094 |
| Hours | 1 |
| Minutes | 00 |
| Career Pathway | General Health & Safety |
| CalGrows Incentive | Career Builder |





# Certificate of Completion

## H O M E B R I D G E



May 21, 2024

## Career Exploration and Launch 1, Part 1

— Certificate —

This document certifies that **Samantha Booth** has completed the training "Career Exploration and Launch 1, Part 1 - Exploring Careers (Multiple Languages) - 2127" (3 hours) provided by Homebridge Inc.

Course summary: Training for Career Pathways and CalGrows.

Reference Number: 13439141733119884

You can also find this document on the Internet at the following address: https://homebridgeca.360learning.com/redirect/api/certification/13439141733119884

| | |
|---|---|
| Class Number | 2127 |
| Hours | 3 |
| Minutes | 00 |
| Career Pathway | Adult Education (General Pathway) |
| CalGrows Incentive | Career Builder |



# HOMEBRIDGE

# Certificate of Completion

June 13, 2024

## Career Exploration and Launch 1, Part 2

— Certificate —

This document certifies that **Samantha Booth** has completed the training "Career Exploration and Launch 1, Part 2 - Healthcare Career Pathways (Multiple Languages) - 2128" (3 hours) provided by Homebridge Inc.

Course summary: Training for Career Pathways and CalGrows.

Reference Number: 9461674113588448

You can also find this document on the Internet at the following address: https://homebridgeca.360learning.com/redirect/api/certification9461674113588448

| | | |
|---|---|---|
| Class Number | 2128 | |
| Hours | 3 | |
| Minutes | 00 | |
| Career Pathway | Adult Education (General Pathway) | |
| CalGrows Incentive | Career Builder | |



Downloaded from ... Homebridge Certificate of Completion

# HOMEBRIDGE

# Certificate of Completion

June 13, 2024

## Career Exploration and Launch 1, Part 3

—— Certificate ——

*Samantha Booth*

This document certifies that **Samantha Booth** has completed the training "Career Exploration and Launch 1, Part 3 - Job Search Strategies and Resources (Multiple Languages) - 2129" (3 ... provided by Homebridge Inc.

Course summary: Training for Career Pathways and CalGrows.

You can also find this document on the Internet at the following address, https://homebridgeca360learning.com/redirect/api/certification/7605269395672064

Reference Number: 7605269395672064

| | |
|---|---|
| Class Number | 2129 |
| Hours | 3 |
| Minutes | 00 |
| Career Pathway | Adult Education (General Pathway) |
| CalGrows Incentive | Career Builder |



