PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00238-JLT |
|---|---|
| Plaintiff, | GOVERNMENT'S SENTENCING MEMORANDUM |
| v. | |
| SAMANTHA BOOTH, | |
| Defendant. | |

## I. INTRODUCTION

Defendant Samantha Booth is scheduled for sentencing on November 12, 2024, following her guilty plea to Conspiracy to Possess and Possession with Intent to Distribute Methamphetamine and Heroin (Count 7 in the Second Superseding Indictment). In the Presentence Investigation Report (PSR), the U.S. Probation Office recommends a 120-month term of imprisonment, 5 years supervised release, a $100 special assessment, and no fine.

The government agrees with the PSR's total offense level calculation of 25 and criminal history category of IV. The government recommends a term of 72 months incarceration.

## II. STATEMENT OF FACTS

**A.  Defendant's Conduct**

As stated in the PSR and plea agreement, defendant's conduct is as follows:

On or about September 18, 2020, co-defendants Stephanie Madsen and Kenneth Bash planned to

transport methamphetamine from the Los Angeles area to Fresno.  Between September 21 and September 22, 2020, Madsen packed methamphetamine, which was picked up by James Armstrong and transported to Fresno, CA, EDCA. Once in Fresno, Armstrong took approximately five pounds of methamphetamine to defendant's house, where it was stored in a safe until the narcotics could be further distributed.  Defendant took approximately one pound of the methamphetamine and sold it.

### III.   ANALYSIS OF THE SECTION 3553(A) FACTORS

In sentencing a defendant, 18 U.S.C. § 3553(a)(1) requires the Court to consider the nature and circumstances of the offense and the history and characteristics of defendant.  18 U.S.C. § 3553(a)(2) requires the Court to consider the need for the sentence to reflect the seriousness of the offense, to promote respect for the law, to provide just punishment for the offense, to afford adequate deterrence to criminal conduct, and to protect the public from Defendant's further crimes.

The Government agrees with the assessment and analysis of the above-mentioned factors as listed in the PSR, and believe the weight of these factors has been reflected in the recommendation. Defendant's sentencing guidelines range is 84-105 months imprisonment. Given these facts, and the agreement of the parties, the government recommends a sentence of 72 months' imprisonment.

Dated:  November 9, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney