**Kenneth A. Reed**
**Law Offices of Kenneth A Reed**
**406 West Fourth Street**
**Santa Ana, CA 92701**
**(714) 953-7400**
**Fax: (714) 953-7412**
**Kenneth@kennethreedlaw.net**

Attorney for: John Stinson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>               Plaintiff, <br>   vs. <br> JOHN STINSON, <br><br>               Defendant. | Case No.: 20-cr-00238-JLT-20 <br><br> **DEFENDANT JOHN STINSON'S STATEMENT OF READINESS FOR JURY TRIAL ON JANUARY 14, 2025** |

    Defendant John Stinson, by his counsel, Kenneth Reed, provides his statement of readiness per the Court's Minute Order.[1]  Mr. Stinson and his counsel are preparing and will be ready to proceed to trial on January 14, 2025.

    Having said that, Mr. Stinson asserts his speedy trial rights pursuant to the Sixth Amendment and demands a speedy Jury trial, it is his position that his right to a speedy trial will be violated if the January 14, 2025, trial date is continued.

---

[1] See Order [Doc. 1419].

Mr. Stinson shares the concern and joins the position of co-defendant Kenneth Johnson, regarding possible government misconduct disregarding court orders, discovery deadlines, and the intentionally dumping hundreds of thousands of items of new discovery on defendents effectively on the the eve of jury trial.

The Stinson defense is still reviewing these documents and as of this writing, will still be ready to commence jury trial on January 14, 2025.

                                                       Respectfully Submitted,

Dated:  November 22, 2024

*Kenneth Reed*
_____
Kenneth A Reed
Attorney for Defendant
John Stinson