LAW OFFICES OF IVETTE AMELBURU MANINGO
IVETTE AMELBURU MANINGO, ESQ.
NV Bar No.: 7076
400 S. Fourth Street, Ste. 500
Las Vegas, NV 89101
Tele.: (702) 793-4046
Fax: (844) 793-4046
Email: iamaningo@iamlawnv.com

LAW OFFICE OF AMY E. JACKS
AMY E. JACKS, ESQ.
CA Bar No.: 155681
315 E. 8th Street #801
Los Angeles, California 90014
Tele: (213) 489-9025
Email: amyejacks@sbcglobal.net

*Counsel for Defendant* Brandon Bannick

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON BANNICK,<br><br>Defendant. | Case No.: 20-CR-238-JLT-SKO<br><br>**DEFENDANT BRANDON BANNICK'S REQUEST TO REPRESENT HIMSELF PURSUANT TO THE 6TH AMENDMENT TO THE UNITED STATES CONSTITUTION AND *FARETTA V. CALIFORNIA*, 422 U.S. 806 (1975)** |

Defendant, BRANDON BANNICK, by and through his attorneys of record, IVETTE AMELBURU MANINGO, ESQ. and AMY E. JACKS, ESQ., hereby requests to represent himself pursuant to the Sixth Amendment to the United States Constitution and *Faretta v. California*, 422 U.S. 806, (1975). Mr. Bannick is aware of and acknowledges the dangers and disadvantages of self-representation and makes this request voluntarily and intelligently.

DATED this 25th day of November, 2024.

        /s/ Ivette Amelburu Maningo
Ivette Amelburu Maningo, Esq.
LAW OFFICES OF IVETTE AMELBURU MANINGO

        /s/ Amy E. Jacks
Amy E. Jacks, Esq.
LAW OFFICE OF AMY E. JACKS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of November, 2024, I served a true and correct copy of this document to all counsel of record via ECF.

/s/ Amy E. Jacks
Amy E. Jacks