LAW OFFICES OF IVETTE AMELBURU MANINGO
IVETTE AMELBURU MANINGO, ESQ.
NV Bar No.: 7076
400 S. Fourth Street, Ste. 500
Las Vegas, NV 89101
Tele.: (702) 793-4046
Fax: (844) 793-4046
Email: iamaningo@iamlawnv.com

LAW OFFICE OF AMY E. JACKS
AMY E. JACKS, ESQ.
CA Bar No.: 155681
315 E. 8th Street #801
Los Angeles, California 90014
Tele: (213) 489-9025
Email: amyejacks@sbcglobal.net

*Counsel for Defendant* Brandon Bannick

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON BANNICK,<br><br>Defendant. | Case No.: 20-CR-238-JLT-SKO<br><br>**DEFENDANT BRANDON BANNICK'S STATEMENT OF READINESS FOR TRIAL.** |

Defendant, BRANDON BANNICK, by and through his attorneys of record, IVETTE AMELBURU MANINGO, ESQ. and AMY E. JACKS, ESQ., hereby submits this statement of readiness for trial.

Defense counsel for Mr. Bannick, Ms. Amelburu Maningo and Ms. Jacks, are not ready to proceed to trial as scheduled on January 14, 2025, for reasons discussed in Mr. Perkins Motion to Sever and Continue Trial (Doc. 1360) and Mr. Bannick's withdrawn

joinder thereto (Doc 1367).

    Mr. Bannick has a pending request to assert his Sixth Amendment right to self-representation. If his constitutional right to represent himself is honored, Mr. Bannick is ready to start trial as presently scheduled on January 14, 2025.

    DATED this 25th day of November, 2024.

                       /s/ Ivette Amelburu Maningo
Ivette Amelburu Maningo, Esq.
LAW OFFICES OF IVETTE AMELBURU MANINGO

                       /s/ Amy E. Jacks
Amy E. Jacks, Esq.
LAW OFFICE OF AMY E. JACKS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of November, 2024, I served a true and correct copy of this document to all counsel of record via ECF.

          /s/ Amy E. Jacks
          Amy E. Jacks