Monica L. Bermudez, BAR #275434
Attorney at Law
1304 "L" St
Bakersfield, CA 93306
Telephone: 661-616-2141
Facsimile: 661-322-7675

Attorney for Defendant Samantha Booth

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Samantha Booth<br><br>Defendant. | No. 1:20-cr-00238 JLT SKO<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MONICA L BERMUDEZ AS ATTORNEY OF RECORD ORDER** |

On November 17, 2020, Defendant Samantha Booth was indicted on federal charges. CJA Panel Attorney Monica L. Bermudez was appointed as counsel to represent Ms. Booth in her criminal case on November 23, 2020. Ms. Booth was sentenced pursuant to a plea agreement on November 12, 2024. The time for filing a direct appeal was November 26, 2024. No direct appeal was filed. Ms. Booth was not in custody at sentencing. Ms. Booth criminal case has now therefore come to an end. Having completed her representation of Ms. Booth, CJA attorney Monica L. Bermudez now moves to terminate her appointment under the Criminal Justice Act.

Should Ms. Booth require further legal assistance she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330,

Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: 11/27/2024

Respectfully submitted,

*/s/ Monica L. Bermudez*
Monica L. Bermudez,
Attorney for Defendant
Samantha Booth

# ORDER

Having reviewed the notice and found that attorney Monica L. Bermudez has completed the services for which she was appointed, the Court hereby grants attorney Monica L. Bermudez's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Samantha Booth at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Samantha Booth

5439 East Behymer Ave

Clovis, CA 93619

IT IS SO ORDERED.

Dated:  **November 27, 2024**

UNITED STATES DISTRICT JUDGE