THERESA M. DUNCAN
Admitted *Pro Hac Vice*
Law Office of Theresa M. Duncan LLC
P.O. Box 2769
Santa Fe, NM 87504
(505) 710-6586
teri@duncanearnest.com

CRISTINA BORDÉ
Admitted *Pro Hac Vice*
Law Office of Cristina Bordé
33 E. Main Street
Suite 400
Madison, WI 53703
608-620-3307
cristinaborde@gmail.com

Attorneys for Evan Perkins

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **EVAN PERKINS,** <br><br> Defendant. | No. 1:20-cr-0238 JLT SKO <br><br> **DEFENDANT EVAN PERKINS' STATEMENT REGARDING READINESS FOR TRIAL** |

Defendant Evan Perkins, through undersigned counsel, respectfully submits this statement regarding readiness for trial as ordered by the Court. Doc. 1419.

For the reasons discussed in Mr. Perkins' withdrawn Motion to Sever and Continue Trial (Doc. 1360) and his reply in support of that motion (Doc. 1392), and as acknowledged in the government's supplemental response thereto (Doc. 1399), defense counsel for Mr. Perkins

are not ready to proceed to trial as scheduled on January 14, 2025. In counsel's professional judgment, they cannot provide Mr. Perkins with the effective assistance of counsel guaranteed by the Sixth Amendment to the United States Constitution without additional time to prepare his defense.

That said, Mr. Perkins objects to a continuance of the January trial date.

Respectfully Submitted,

*/s/ Theresa M. Duncan*
THERESA M. DUNCAN

*/s/ Cristina Bordé*
CRISTINA BORDÉ

Attorneys for Defendant Evan Perkins