Gary G. Colbath
First Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

*Counsel for Defendant Andrew Collins*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00238-JLT-SKO-21 |
|---|---|
| Plaintiff, | |
| vs. | |
| ANDREW COLLINS, | |
| Defendant. | |

**STATUS REPORT RE: NEW REPRESENTATION
FOR DEFENDANT ANDREW COLLINS**

COMES NOW, Gary G. Colbath, First Assistant Federal Public Defender, and hereby advises the Court of the status of his recent appointment to represent Defendant Andrew Collins. Undersigned Counsel accepted appointment and noticed his appearance to represent defendant Andrew Collins on November 25, 2024.[1] Dkt. 1428. Counsel works primarily in/for the District of Alaska and as such has not yet conferred with Mr. Collins in person as of the writing of this report. Additionally, Counsel was just provided access to case discovery on December 2, 2024, and has not been able to actually access or

---

[1] Assistant Federal Public Defender Samuel Eilers from the Alaska FPD will serve as co-counsel in this matter as well.

review *any* of the discovery materials, related directly to Mr. Collins, or otherwise, as of the writing of this report.  Moreover, in anticipation of Mr. Collins' inability to proceed to trial on the currently scheduled date of January 14, 2025, the government did *NOT* disclose any Jencks Act materials to counsel for Mr. Collins consistent with the Court's November 29, 2024, deadline.

Undersigned counsel intends to attend the Status Conference set in this matter for December 4, 2024, at 1:00 p.m. and will request that Mr. Collins be removed from the group of defendants now set for trial on January 14, 2025.  Counsel will further request that Mr. Collins' case be joined with the defendants now set for a status hearing before the Court on December 18, 2024, at 1:00 p.m. (Dkt. 1349) and that his case join the timeline track of those proceedings as is further set by the Court.  Counsel offers the following information in support of proposed trial readiness date.

Although not personally reviewed as indicated above, Counsel understands the discovery in this case to include at a minimum the voluminous materials outlined in the status report filed on behalf of defendant Jayson Weaver at Dkt. 1329.  Counsel also understands that numerous contested discovery issues remain as set forth in many of the motions pending before the District Court relative to the trial proceedings set in January which include incomplete productions, missing and inaccessible files and documents, and unresolved technology issues that prevent access to certain media productions.

Counsel will have the benefit of the work performed by the discovery coordinator, and perhaps by a paralegal who took the lead on organizing the discovery for all of the

defendants. Counsel also understands prior counsel had begun a limited re-organization of the materials specific to Mr. Collins. This will undoubtedly assist counsel in their review of the above-outlined materials. However, counsel and their inhouse discovery paralegal and investigative team believes that they will have to re-examine and review the discovery with a specific focus on their client, Mr. Collins, which will necessitate a complete review of all materials. This will take considerable time. Thereafter, counsel must investigate the case, review additional pleadings and trial transcripts from related on-going cases, and prepare for trial. Again, these matters will take months to complete.

DATED this 3rd day of December, 2024.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Gary G. Colbath*
Gary G. Colbath
First Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the Eastern District of California by using the district's CM/ECF system on December 3, 2024. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*