IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-238 JLT |
|---|---|
| Plaintiff, | [PROPOSED] VERDICT FORM |
| v. | |
| KENNETH JOHNSON, FRANCIS CLEMENT, BRANDON BANNICK, EVAN PERKINS, and JOHN STINSON, | |
| Defendants. | |

WE, THE JURY, FIND THE DEFENDANT, **KENNETH JOHNSON (aka "K", aka "Kenwood")**, AS FOLLOWS:

1. **AS TO COUNT ONE OF THE INDICTMENT**:

GUILTY          NOT GUILTY

[ ]              [ ]          of Conspiracy to conduct or participate in the conduct of the affairs of an enterprise through a pattern of racketeering activity, in violation of Title 18, United States Code, Section 1962(d).

Only if you found the defendant guilty of Count One, please answer the following:

We, the jury, having found the defendant guilty of the offense charged in Count One, further unanimously find that as part of that offense, the defendant, on or about October 4, 2020, while aided and abetted by others, did unlawfully, willfully, and intentionally, and with deliberation and premeditation, kill A.R. with malice aforethought.

<u>YES</u>                    <u>NO</u>

☐                    ☐

We, the jury, having found the defendant guilty of the offense charged in Count One, further unanimously find that as part of that offense, the defendant, on or about October 4, 2020, while aided and abetted by others, did unlawfully, willfully, and intentionally, and with deliberation and premeditation, kill R.M. with malice aforethought.

<u>YES</u>                    <u>NO</u>

☐                    ☐

We, the jury, having found the defendant guilty of the offense charged in Count One, further unanimously find that as part of that offense, the defendant, on or about January 24, 2016, while aided and abetted by others, did unlawfully, willfully, and intentionally, and with deliberation and premeditation, kill B.L. with malice aforethought.

<u>YES</u>                    <u>NO</u>

☐                    ☐

2. **AS TO COUNT TWO OF THE INDICTMENT**:

<u>GUILTY</u>        <u>NOT GUILTY</u>

☐                    ☐        of Murder in aid of racketeering (A.R.), in violation of Title 18, United States Code, Section 1959(a)(1).

3. **AS TO COUNT THREE OF THE INDICTMENT**:

<u>GUILTY</u>        <u>NOT GUILTY</u>

☐                    ☐        of Murder in aid of racketeering (R.M.), in violation of Title 18, United States Code, Section 1959(a)(1).

WE, THE JURY, FIND THE DEFENDANT, **FRANCIS CLEMENT (aka "Frank")**, AS FOLLOWS:

   1. **AS TO COUNT ONE OF THE INDICTMENT**:

<u>GUILTY</u>        <u>NOT GUILTY</u>

☐        ☐        of Conspiracy to conduct or participate in the conduct of the affairs of an enterprise through a pattern of racketeering activity, in violation of Title 18, United States Code, Section 1962(d).

   Only if you found the defendant guilty of Count One, please answer the following:

   We, the jury, having found the defendant guilty of the offense charged in Count One, further unanimously find that as part of that offense, the defendant, on or about October 4, 2020, while aided and abetted by others, did unlawfully, willfully, and intentionally, and with deliberation and premeditation, kill A.R. with malice aforethought.

<u>YES</u>        <u>NO</u>

☐        ☐

   We, the jury, having found the defendant guilty of the offense charged in Count One, further unanimously find that as part of that offense, the defendant, on or about October 4, 2020, while aided and abetted by others, did unlawfully, willfully, and intentionally, and with deliberation and premeditation, kill R.M. with malice aforethought.

<u>YES</u>        <u>NO</u>

☐        ☐

   We, the jury, having found the defendant guilty of the offense charged in Count One, further unanimously find that as part of that offense, the defendant, on or about February 22, 2022, while aided and abetted by others, did unlawfully, willfully, and intentionally, and with deliberation and premeditation, kill M.B. with malice aforethought.

<u>YES</u>        <u>NO</u>

☐        ☐

We, the jury, having found the defendant guilty of the offense charged in Count One, further unanimously find that as part of that offense, the defendant, on or about March 8, 2022, while aided and abetted by others, did unlawfully, willfully, and intentionally, and with deliberation and premeditation, kill R.E. with malice aforethought.

<u>YES</u>          <u>NO</u>

We, the jury, having found the defendant guilty of the offense charged in Count One, further unanimously find that as part of that offense, the defendant, on or about March 8, 2022, while aided and abetted by others, did unlawfully, willfully, and intentionally, and with deliberation and premeditation, kill J.Y. with malice aforethought.

<u>YES</u>          <u>NO</u>

We, the jury, having found the defendant guilty of the offense charged in Count One, further unanimously find that as part of that offense, the defendant, on or about January 24, 2016, while aided and abetted by others, did unlawfully, willfully, and intentionally, and with deliberation and premeditation, kill B.L. with malice aforethought.

<u>YES</u>          <u>NO</u>

2. **AS TO COUNT TWO OF THE INDICTMENT**:

<u>GUILTY</u>          <u>NOT GUILTY</u>

of Murder in aid of racketeering (A.R.), in violation of Title 18, United States Code, Section 1959(a)(1).

3. **AS TO COUNT THREE OF THE INDICTMENT**:

<u>GUILTY</u>          <u>NOT GUILTY</u>

of Murder in aid of racketeering (R.M.), in violation of Title 18, United States Code, Section 1959(a)(1).

4. **AS TO COUNT FOUR OF THE INDICTMENT**:

<u>GUILTY</u>          <u>NOT GUILTY</u>

of Murder in aid of racketeering (M.B.), in violation of Title 18, United States Code, Section 1959(a)(1).

5. **AS TO COUNT FIVE OF THE INDICTMENT**:

<u>GUILTY</u>          <u>NOT GUILTY</u>

of Murder in aid of racketeering (R.E.), in violation of Title 18, United States Code, Section 1959(a)(1).

6. **AS TO COUNT SIX OF THE INDICTMENT**:

<u>GUILTY</u>          <u>NOT GUILTY</u>

of Murder in aid of racketeering (J.Y.), in violation of Title 18, United States Code, Section 1959(a)(1).

WE, THE JURY, FIND THE DEFENDANT, **BRANDON BANNICK (aka "Bam Bam", aka "Bam")**, AS FOLLOWS:

    1. **AS TO COUNT ONE OF THE INDICTMENT**:

<u>GUILTY</u>        <u>NOT GUILTY</u>

☐        ☐        of Conspiracy to conduct or participate in the conduct of the affairs of an enterprise through a pattern of racketeering activity, in violation of Title 18, United States Code, Section 1962(d).

Only if you found the defendant guilty of Count One, please answer the following:

We, the jury, having found the defendant guilty of the offense charged in Count One, further unanimously find that as part of that offense, the defendant, on or about October 4, 2020, while aided and abetted by others, did unlawfully, willfully, and intentionally, and with deliberation and premeditation, kill A.R. with malice aforethought.

<u>YES</u>        <u>NO</u>

☐        ☐

We, the jury, having found the defendant guilty of the offense charged in Count One, further unanimously find that as part of that offense, the defendant, on or about October 4, 2020, while aided and abetted by others, did unlawfully, willfully, and intentionally, and with deliberation and premeditation, kill R.M. with malice aforethought.

<u>YES</u>        <u>NO</u>

☐        ☐

We, the jury, having found the defendant guilty of the offense charged in Count One, further unanimously find that as part of that offense, the defendant, on or about March 8, 2022, while aided and abetted by others, did unlawfully, willfully, and intentionally, and with deliberation and premeditation, kill R.E. with malice aforethought.

<u>YES</u>        <u>NO</u>

☐        ☐

We, the jury, having found the defendant guilty of the offense charged in Count One, further unanimously find that as part of that offense, the defendant, on or about March 8, 2022, while aided and abetted by others, did unlawfully, willfully, and intentionally, and with deliberation and premeditation, kill J.Y. with malice aforethought.

<u>YES</u>            <u>NO</u>

☐            ☐

2.  **AS TO COUNT TWO OF THE INDICTMENT**:

<u>GUILTY</u>    <u>NOT GUILTY</u>

☐        ☐        of Murder in aid of racketeering (A.R.), in violation of Title 18, United States Code, Section 1959(a)(1).

3.  **AS TO COUNT THREE OF THE INDICTMENT**:

<u>GUILTY</u>    <u>NOT GUILTY</u>

☐        ☐        of Murder in aid of racketeering (R.M.), in violation of Title 18, United States Code, Section 1959(a)(1).

4.  **AS TO COUNT FIVE OF THE INDICTMENT**:

<u>GUILTY</u>    <u>NOT GUILTY</u>

☐        ☐        of Murder in aid of racketeering (R.E.), in violation of Title 18, United States Code, Section 1959(a)(1).

5.  **AS TO COUNT SIX OF THE INDICTMENT**:

<u>GUILTY</u>    <u>NOT GUILTY</u>

☐        ☐        of Murder in aid of racketeering (J.Y), in violation of Title 18, United States Code, Section 1959(a)(1).

WE, THE JURY, FIND THE DEFENDANT, **EVAN PERKINS (aka "Soldier")**, AS FOLLOWS:

1. **AS TO COUNT ONE OF THE INDICTMENT**:

<u>GUILTY</u>          <u>NOT GUILTY</u>

☐          ☐          of Conspiracy to conduct or participate in the conduct of the affairs of an enterprise through a pattern of racketeering activity, in violation of Title 18, United States Code, Section 1962(d).

Only if you found the defendant guilty of Count One, please answer the following:

We, the jury, having found the defendant guilty of the offense charged in Count One, further unanimously find that as part of that offense, the defendant, on or about March 8, 2022, while aided and abetted by others, did unlawfully, willfully, and intentionally, and with deliberation and premeditation, kill R.E. with malice aforethought.

<u>YES</u>          <u>NO</u>

☐          ☐

We, the jury, having found the defendant guilty of the offense charged in Count One, further unanimously find that as part of that offense, the defendant, on or about March 8, 2022, while aided and abetted by others, did unlawfully, willfully, and intentionally, and with deliberation and premeditation, kill J.Y. with malice aforethought.

<u>YES</u>          <u>NO</u>

☐          ☐

2. **AS TO COUNT FIVE OF THE INDICTMENT**:

<u>GUILTY</u>          <u>NOT GUILTY</u>

☐          ☐          of Murder in aid of racketeering (R.E.), in violation of Title 18, United States Code, Section 1959(a)(1).

3.  **AS TO COUNT SIX OF THE INDICTMENT**:

<u>GUILTY</u>      <u>NOT GUILTY</u>

of Murder in aid of racketeering (J.Y.), in violation of Title 18, United States Code, Section 1959(a)(1).

WE, THE JURY, FIND THE DEFENDANT, **JOHN STINSON (aka "Pops")**, AS FOLLOWS:

1. **AS TO COUNT ONE OF THE INDICTMENT**:

GUILTY        NOT GUILTY

of Conspiracy to conduct or participate in the conduct of the affairs of an enterprise through a pattern of racketeering activity, in violation of Title 18, United States Code, Section 1962(d).

Only if you found the defendant guilty of Count One, please answer the following:

We, the jury, having found the defendant guilty of the offense charged in Count One, further unanimously find that as part of that offense, the defendant, on or about March 1, 2020, continuing to on or about April 30, 2020, unlawfully, willfully, and intentionally conspired with others to kill R.H. with malice aforethought.

YES        NO

We, the jury, having found the defendant guilty of the offense charged in Count One, further unanimously find that as part of that offense, the defendant, on or about October 1, 2022, continuing to on or about May 1, 2023, unlawfully, willfully, and intentionally conspired with others to kill A.C. with malice aforethought.

YES        NO