PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
JAMES R. CONOLLY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
JARED ENGELKING
Trial Attorney, U.S. Department of Justice
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH JOHNSON, ET AL.,<br><br>　　　　　　　Defendants. | CASE NO. 1:20-CR-00238-JLT<br><br>JOINT STATEMENT OF CASE<br><br>DATE: January 14, 2025<br>TIME: 8:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

　　　　This case alleges that the Aryan Brotherhood (the "AB") is a criminal organization whose members and associates engaged in acts involving murder, fraud, robbery, drug trafficking, and assault. It further alleges the AB is an enterprise, or a group of individuals associated in fact that engages in, and the activities of which affect, interstate and foreign commerce. An enterprise constitutes an ongoing organization whose members function as a continuing unit for a common purpose of achieving the objectives of the enterprise.

　　　　The Third Superseding Indictment alleges that defendants Kenneth Johnson, Francis Clement, Brandon Bannick, and John Stinson knowingly agreed to associate with, and were each in fact a member or an associate of, the AB.

　　　　Count One charges all defendants with Conspiring to Engage in a Racketeering Enterprise, alleging that beginning at a time unknown, but no later than in or around 2015, and continuing to at least on or about March 1, 2023, in the State and Eastern District of California and elsewhere, the defendants,

Kenneth Johnson, Francis Clement, Brandon Bannick, and John Stinson, being persons employed by and associated with the AB, which engaged in, and the activities of which affected, interstate and foreign commerce, together with others known and unknown, did knowingly, intentionally, and unlawfully combine, conspire, confederate, and agree to conduct and participate, directly and indirectly, in the conduct of the affairs of the AB through a pattern of racketeering activity, consisting of acts involving murder, robbery, assault, fraud, and drug trafficking.

Counts Two and Three charge defendants Kenneth Johnson, Francis Clement, and Brandon Bannick with Murder in Aid of Racketeering, alleging that on or about October 4, 2020, defendants together with others known and unknown, for the purpose of gaining entrance to and maintaining and increasing position in the AB, while aiding and abetting one another, murdered Allan Roshanski and Ruslan Megomedgaozhiev.

Count Four charges defendant Francis Clement with Murder in Aid of Racketeering, alleging that on or about February 22, 2022, defendant together with others known and unknown, for the purpose of gaining entrance to and maintaining and increasing position in the AB, while aiding and abetting one another, murdered Michael Brizendine.

Counts Five and Six charge defendants Francis Clement and Brandon Bannick with Murder in Aid of Racketeering, alleging that on or about March 8, 2022, defendants together with others known and unknown, for the purpose of gaining entrance to and maintaining and increasing position in the AB, while aiding and abetting one another, murdered Ronnie Ennis and James Yagle.

The indictment in this matter is not evidence and defendants have pleaded not guilty to the counts for which they are charged. Defendants are presumed innocent unless and until the United States proves their guilt beyond a reasonable doubt.

Dated:  December 27, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
JAMES R. CONOLLY
Assistant United States Attorneys
JARED ENGELKING
Trial Attorney, U.S. Dept. of Justice