PHILLIP A. TALBERT
United States Attorney
STEPHANIE STOKMAN
JAMES R. CONOLLY
Assistant United States Attorneys
JARED ENGELKING
Trial Attorney, U.S. Department of Justice
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>KENNETH JOHNSON, ET AL,<br><br>                Defendants. | CASE NO.  1:20-CR-00238-JLT<br><br>GOVERNMENT'S EXHIBIT LIST<br><br>DATE: January 14, 2025<br>TIME: 8:00 a.m.<br>COURT: Honorable Jennifer L. Thurston |

The United States, by and through its undersigned counsel, hereby submits the following list of exhibit it may introduce in its case-in-chief:

All Bates numbers are BASH_000 unless otherwise indicated.

Lomita crime scene photo 12610
Lomita crime scene photo 12611
Lomita crime scene photo 12612
Lomita crime scene photo 12613
Lomita crime scene photo 12615
Lomita crime scene photo 12618
Lomita crime scene photo 12619
Lomita crime scene photo 12628
Lomita crime scene photo 12629
Lomita crime scene photo 12631
Lomita crime scene photo 12632
Lomita crime scene photo 12633
Lomita crime scene photo 12635
Lomita crime scene photo 12636
Lomita crime scene photo 12638

| | |
|---|---|
| 1 | Lomita crime scene photo 12641 |
| 2 | Lomita crime scene photo 12643 |
|   | Lomita crime scene photo 12644 |
| 3 | Lomita crime scene photo 12646 |
|   | Lomita crime scene photo 12647 |
| 4 | Lomita crime scene photo 12648 |
|   | Lomita crime scene photo 12649 |
| 5 | Lomita crime scene photo 12653 |
|   | Lomita crime scene photo 12654 |
| 6 | Lomita crime scene photo 12655 |
|   | Lomita crime scene photo 12658 |
| 7 | Lomita crime scene photo 12659 |
|   | Lomita crime scene photo 12660 |
| 8 | Lomita crime scene photo 12672 |
|   | Lomita crime scene photo 12674 |
| 9 | Lomita crime scene photo 12675 |
|   | Lomita crime scene photo 12676 |
| 10 | Lomita crime scene photo 12684 |
|    | Lomita crime scene photo 12691 |
| 11 | Lomita crime scene photo 12692 |
|    | Lomita crime scene photo 12693 |
| 12 | Lomita crime scene photo 12694 |
|    | Lomita crime scene photo 12695 |
| 13 | Lomita crime scene photo 12696 |
|    | Lomita crime scene photo 12697 |
| 14 | Lomita crime scene photo 12698 |
|    | Lomita crime scene photo 12700 |
| 15 | Lomita crime scene photo 12702 |
|    | Lomita crime scene photo 12703 |
| 16 | Lomita crime scene photo 12704 |
|    | Lomita crime scene photo 12705 |
| 17 | Lomita crime scene photo 12706 |
|    | Lomita crime scene photo 13012 |
| 18 | Lomita crime scene photo 13013 |
|    | Lomita crime scene photo 13014 |
| 19 | Lomita crime scene photo 13021 |
|    | Lomita crime scene photo 13022 |
| 20 | Lomita crime scene photo 13024 |
|    | Lomita crime scene photo 13025 |
| 21 | Lomita crime scene photo 13026 |
|    | Lomita crime scene photo 13027 |
| 22 | Lomita crime scene photo 13028 |
|    | Lomita crime scene photo 13031 |
| 23 | Lomita crime scene photo 13032 |
|    | Lomita crime scene photo 13033 |
| 24 | Lomita crime scene photo 13034 |
|    | Lomita crime scene photo 13037 |
| 25 | Lomita autopsy photos 12796 |
|    | Lomita autopsy photos 12799 |
| 26 | Lomita autopsy photos 12802 |
|    | Lomita autopsy photos 12803 |
| 27 | Lomita autopsy photos 12805 |
|    | Lomita autopsy photos 12807 |
| 28 | Lomita autopsy photos 12812 |
|    | Lomita autopsy photos 12816 |

2

| # | Item |
|---|---|
| 1 | Lomita autopsy photos 12817 |
|   | Lomita autopsy photos 12927 |
| 2 | Lomita autopsy photos 12931 |
|   | Lomita autopsy photos 12932 |
| 3 | Lomita autopsy photos 12934 |
|   | Lomita autopsy photos12935 |
| 4 | Lomita autopsy photos 12945 |
|   | Lomita autopsy photos 12946 |
| 5 | ▓▓▓ coroner report 12883-12897 |
|   | ▓▓▓ coroner report 12903-12917 |
| 6 | Facebook Justin Gray 64959 (narrowed below) |
|   | Facebook Justin Gray 65114- 65118 |
| 7 | Facebook Justin Gray 66463 |
|   | Facebook Justin Gray 68556-68557 |
| 8 | Facebook Justin Gray 65080 |
|   | Facebook Justin Gray 65098 |
| 9 | Danielle Ponce de Leon Lomita chart |
|   | Danielle Ponce de Leon Pomona chart |
| 10 | Lomita phone data 22173-22233 |
|   | Lomita phone data 21870-22171 |
| 11 | FCJ photo Brandon Bannick 51024-51025 |
|   | FCJ photo Justin Gray 51054-51057 |
| 12 | FCJ photo Francis Clement 51033-51037 |
|   | FCJ photo ▓▓▓ |
| 13 | FCJ photo John Stinson 51050-51053 |
|   | FCJ photo Andrew Collins 51019-51023 |
| 14 | FCJ photo Kenneth Johnson 51058-51064 |
|   | FCJ photo Jayson Weaver 51046-51049 |
| 15 | FCJ photo Waylon Pitchford 51092-51097 |
|   | FCJ photo Evan Perkins 51026-51032 |
| 16 | FCJ photo 51075 |
|   | FCJ photo 51077-51080 |
| 17 | Clement Kern County abstract of judgment 51098-51100 |
|   | Johnson Kern County abstract of judgment 51149-51151 |
| 18 | Kern County Custodian of Records Certification 51192 |
|   | Pomona crime scene photo 47507 |
| 19 | Pomona crime scene photo 47509 |
|   | Pomona crime scene photo 47510 |
| 20 | Pomona crime scene photo 47511 |
|   | Pomona crime scene photo 47513 |
| 21 | Pomona crime scene photo 47514 |
|   | Pomona crime scene photo 47518 |
| 22 | Pomona crime scene photo 47519 |
|   | Pomona crime scene photo 47520 |
| 23 | Pomona crime scene photo 47522 |
|   | Pomona crime scene photo 46523 |
| 24 | Pomona crime scene photo 47524 |
|   | Pomona crime scene photo 47525 |
| 25 | Pomona crime scene photo 47528 |
|   | Pomona crime scene photo 47530 |
| 26 | Pomona crime scene photo 47531 |
|   | Pomona crime scene photo 47532 |
| 27 | Pomona crime scene photo 47551 |
|   | Pomona crime scene photo 47565 |
| 28 | Pomona crime scene photo 47593 |

| | |
|---|---|
| 1 | Pomona crime scene photo 47603 |
| | Pomona crime scene photo 47606 |
| 2 | Pomona crime scene photo 47607 |
| | Pomona crime scene photo 47614 |
| 3 | Pomona crime scene photo 47615 |
| | Pomona crime scene photo 47616 |
| 4 | Pomona crime scene photo 47618 |
| | Pomona crime scene photo 47622 |
| 5 | Pomona crime scene photo 47624 |
| | Pomona crime scene photo 47625 |
| 6 | Pomona crime scene photo 47627 |
| | Pomona crime scene photo 47628 |
| 7 | Pomona crime scene photo 47630 |
| | Pomona crime scene photo 47639 |
| 8 | Pomona crime scene photo 47648 |
| | Pomona crime scene photo 47650 |
| 9 | Pomona crime scene photo 47652 |
| | Pomona crime scene photo 47667 |
| 10 | Pomona crime scene photo 47669 |
| | Pomona crime scene photo 47676 |
| 11 | Pomona crime scene photo 47677 |
| | Pomona crime scene photo 47678 |
| 12 | Pomona crime scene photo 47681 |
| | Pomona crime scene photo 47695 |
| 13 | Pomona crime scene photo 47696 |
| | Pomona crime scene photo 47697 |
| 14 | Pomona crime scene photo 47700 |
| | Pomona crime scene photo 47701 |
| 15 | Pomona crime scene photo 47702 |
| | Pomona crime scene photo 47704 |
| 16 | Pomona crime scene photo 47708 |
| | Pomona crime scene photo 47706 |
| 17 | Pomona crime scene photo 47709 |
| | Pomona crime scene photo 47711 |
| 18 | Pomona crime scene photo 47713 |
| | Pomona crime scene photo 47714 |
| 19 | Pomona crime scene photo 47716 |
| | Pomona crime scene photo 47718 |
| 20 | Pomona crime scene photo 47721 |
| | Pomona crime scene photo 47722 |
| 21 | Pomona crime scene photo 47725 |
| | Pomona crime scene photo 47727 |
| 22 | Pomona crime scene photo 47731 |
| | Pomona crime scene photo 47732 |
| 23 | Pomona crime scene photo 47733 |
| | Pomona crime scene photo 47734 |
| 24 | Pomona crime scene photo 47736 |
| | Pomona crime scene photo 47740 |
| 25 | Pomona crime scene photo 47742 |
| | Pomona crime scene photo 47745 |
| 26 | Pomona crime scene photo 47746 |
| | Pomona crime scene photo 47748 |
| 27 | Pomona crime scene photo 47750 |
| | Pomona crime scene photo 47751 |
| 28 | Call detail records 23804-28061 |

| | |
|---|---|
| 1 | Evan Perkins Dodge charger photos 20985-20990 |
|   | Evan Perkins Dodge charger photos 20976 |
| 2 | Evan Perkins Dodge charger photos 20974 |
|   | Evan Perkins Dodge charger photos 20978 |
| 3 | Evan Perkins Dodge charger photos 20979 |
|   | Evan Perkins Dodge charger photos 20984 |
| 4 | ▬ Autopsy report 21749-21779 |
|   | ▬ Autopsy report 21780-21849 |
| 5 | Pomona Autopsy photo 51276 |
|   | Pomona Autopsy photo 51283 |
| 6 | Pomona Autopsy photo 51285 |
|   | Pomona Autopsy photo 51288 |
| 7 | Pomona Autopsy photo 51291 |
|   | Pomona Autopsy photo 51292 |
| 8 | Pomona Autopsy photo 51294 |
|   | Pomona Autopsy photo 51303 |
| 9 | Pomona Autopsy photo 51304 |
|   | Pomona Autopsy photo 64523 |
| 10 | Pomona Autopsy photo 64528 |
|   | Pomona Autopsy photo 64531 |
| 11 | Pomona Autopsy photo 64534 |
|   | Pomona Autopsy photo 64535 |
| 12 | Pomona Autopsy photo 64536 |
|   | Pomona Autopsy photo 64541 |
| 13 | Pomona Autopsy photo 64542 |
|   | Pomona Autopsy photo 64544 |
| 14 | Pomona Autopsy photo 64545 |
|   | Pomona Autopsy photo 64546 |
| 15 | Pomona Autopsy photo 64548 |
|   | Pomona Autopsy photo 64550 |
| 16 | Pomona Autopsy photo 64575 |
|   | Pomona Autopsy photo 64586 |
| 17 | Pomona Autopsy photo 64589 |
|   | Pomona Autopsy photo 64592 |
| 18 | Pomona Flock photo 51219 |
|   | Pomona Flock photo 51220 |
| 19 | Pomona Flock photo 17479 |
|   | Pomona Geofence 17485-17491 |
| 20 | Pomona Geofence 20018-20038 |
|   | Pomona Geofence 46557-46631 |
| 21 | Pomona Toll Records 17627-17648 |
|   | Pomona Google 20039-20099 |
| 22 | Pomona camera video 21064 |
|   | Pomona camera video 48684 |
| 23 | Pomona camera video 48630 (at 40 seconds) |
|   | Pomona camera video 48631 (at 32 second) |
| 24 | Pomona camera video 48632 (at 41 seconds) |
|   | Pomona camera video 48633 (at 1:04) |
| 25 | Pomona camera video 48634 (at 7 seconds) |
|   | Pomona camera video 48635 (at 5 seconds) |
| 26 | Pomona camera video 48636 (at 9 seconds) |
|   | Pomona camera video 48637 (at 25 seconds) |
| 27 | Pomona camera video 49034 (at 2:40-5:24) |
|   | Pomona camera video 49377 (at 8:23 and 13:58) |
| 28 | Bannick Facebook 17801 (narrowed below) |

```
 1 | Bannick Facebook 18415
   | Bannick Facebook 18393-18394
 2 | Bannick Facebook 18334-18335
   | Bannick Facebook 18405-18407
 3 | Perkins Facebook 19440 (narrowed below)
   | Perkins Facebook 19800
 4 | Perkins Facebook 19511
   | Pomona 911 Call 17626
 5 | Pomona 911 Call 42662
   | Pomona 911 Call 42663
 6 |     ▓▓▓    phone PM_BASH_7904
   |     ▓▓▓    Signal 50493-50565
 7 |     ▓▓▓    Signal 50566-50593
   |     ▓▓▓    Signal 50281
 8 |     ▓▓▓    Signal 50609-50613
   |     ▓▓▓    Signal 50473-50476
 9 |     ▓▓▓    Facebook 23849 (narrowed below)
   |     ▓▓▓    Facebook 25360-25362
10 |     ▓▓▓    Facebook 27336-27338
   |     ▓▓▓    Facebook 26708
11 | Hollywood photos 23711
   | Lancaster crime scene photo 22665
12 | Lancaster crime scene photo 22667
   | Lancaster crime scene photo 22682
13 | Lancaster crime scene photo 22684
   | Lancaster crime scene photo 22689
14 | Lancaster crime scene photo 22699
   | Lancaster crime scene photo 22703
15 | Lancaster crime scene photo 22712
   | Lancaster crime scene photo 22727
16 | Lancaster crime scene photo 22731
   | Lancaster crime scene photo 22746
17 | Lancaster crime scene photo 22752
   | Lancaster crime scene photo 22753
18 | Lancaster crime scene photo 22765
   | Lancaster crime scene photo 22833
19 | Lancaster crime scene photo 23037
   | Lancaster crime scene photo 23179
20 | Lancaster crime scene photo 23182
   | Lancaster crime scene photo 23185
21 | Lancaster crime scene photo 23188
   | Lancaster crime scene photo 23194
22 | Lancaster crime scene photo 23198
   | Lancaster crime scene photo 23200
23 | Lancaster crime scene photo 23201
   | Lancaster crime scene photo 23222
24 | Lancaster crime scene photo 23224
   | Lancaster crime scene photo 23225
25 | Lancaster crime scene photo 23228
   | Lancaster crime scene photo 23250
26 | Lancaster crime scene photo 23253
   | Lancaster crime scene photo 23292
27 | Lancaster crime scene photo 23323
   | Lancaster crime scene photo 23433
28 | Lancaster crime scene photo 23434
```

| # | |
|---|---|
| 1 | Lancaster crime scene photo 23574 |
|   | Lancaster crime scene photo 23588 |
| 2 | Lancaster crime scene photo 23594 |
|   | Lancaster crime scene photo 23598 |
| 3 | Lancaster crime scene photo 23690 |
|   | Lancaster crime scene photo 23691 |
| 4 | Lancaster crime scene photo 23702 |
|   | Lancaster crime scene photo 23719 |
| 5 | Lancaster crime scene photo 23722 |
|   | Lancaster crime scene photo 23726 |
| 6 | Lancaster crime scene photo 23728 |
|   | Lancaster crime scene photo 23732 |
| 7 | Lancaster autopsy photo 22375 |
|   | Lancaster autopsy photo 22381 |
| 8 | Lancaster autopsy photo 22383 |
|   | Lancaster autopsy photo 22390 |
| 9 | Lancaster autopsy photo 22391 |
|   | Lancaster autopsy photo 22401 |
| 10 | Lancaster autopsy photo 22408 |
|   | Lancaster autopsy photo 22416 |
| 11 | Lancaster autopsy photo 22425 |
|   | Lancaster autopsy photo 22426 |
| 12 | Lancaster autopsy photo 22431 |
|   | Lancaster autopsy photo 22441 |
| 13 | Lancaster autopsy photo 22443 |
|   | Lancaster autopsy photo 22454 |
| 14 | Lancaster autopsy photo 22455 |
|   | Lancaster autopsy photo 22457 |
| 15 | Lancaster autopsy photo 22458 |
|   | Lancaster autopsy photo 22466 |
| 16 | Lancaster autopsy photo 22467 |
|   | Lancaster autopsy photo 22476 |
| 17 | Uhaul receipt photo 47549 |
|   | ATF property number 263 |
| 18 | ATF property number 270 |
|   | ATF property number 271 |
| 19 | ▮▮▮▮▮▮▮ Autopsy report 22355-22374 |
|   | Lancaster home surveillance video 51223 (Video Timestamp: 36:55 and Video Timestamp: 52:38) |
| 20 | Lancaster home surveillance video 51228 (Video Timestamp: 35:55 and Video Timestamp: 52:53) |
|   | Pitchford phone 41701 (narrowed below) |
| 21 | Pitchford phone 41883 |
|   | Pitchford phone 41911 |
| 22 | Pitchford phone 41814 |
|   | Pitchford phone 42178 |
| 23 | Pitchford phone 41802 |
|   | Laboratory results 49380-49382 |
| 24 | ATF property number 106 |
|   | ATF property number 107 |
| 25 | ATF property number 108 |
|   | ATF property number 109 |
| 26 | ATF property number 287 |
|   | ATF property number 289 |
| 27 | San Fernando PD car stop photos 41585 |
|   | San Fernando PD car stop photos 41586 |
| 28 | San Fernando PD car stop photos 41588 |

| | |
|---|---|
| 1 | San Fernando PD car stop photos 41589 |
| | San Fernando PD car stop photos 41590 |
| 2 | San Fernando PD car stop photos 41591 |
| | San Fernando PD car stop photos 41592 |
| 3 | San Fernando PD car stop photos 41593 |
| | San Fernando PD car stop photos 41594 |
| 4 | San Fernando PD car stop photos 41595 |
| | San Fernando PD car stop photos 41596 |
| 5 | San Fernando PD car stop photos 41597 |
| | San Fernando PD car stop photos 41598 |
| 6 | San Fernando PD car stop photos 41599 |
| | San Fernando PD car stop photos 41600 |
| 7 | San Fernando PD car stop photos 41601 |
| | San Fernando PD car stop photos 41602 |
| 8 | San Fernando PD car stop photos 41603 |
| | San Fernando PD car stop photos 41604 |
| 9 | San Fernando PD car stop photos 41605 |
| | San Fernando PD car stop photos 41606 |
| 10 | San Fernando PD car stop photos 41607 |
| | San Fernando PD car stop photos 41608 |
| 11 | San Fernando PD car stop photos 41609 |
| | San Fernando PD car stop photos 41610 |
| 12 | San Fernando PD car stop photos 41611 |
| | San Fernando PD car stop photos 41612 |
| 13 | San Fernando PD car stop photos 41613 |
| | San Fernando PD car stop photos 41614 |
| 14 | San Fernando PD car stop photos 41615 |
| | San Fernando PD car stop photos 41616 |
| 15 | San Fernando PD car stop photos 41617 |
| | San Fernando PD car stop photos 41618 |
| 16 | Kites from FCJ PM_BASH_4187 |
| | homicide photo 51530 |
| 17 | homicide photo 51535 |
| | homicide photo 51540 |
| 18 | homicide photo 51548 |
| | homicide photo 51549 |
| 19 | homicide photo 51559 |
| | homicide photo 51562 |
| 20 | homicide photo 51563 |
| | homicide photo 51564 |
| 21 | homicide photo 51565 |
| | homicide photo 51583 |
| 22 | homicide photo 51584 |
| | homicide photo 51591 |
| 23 | homicide photo 51596 |
| | homicide photo 51613 |
| 24 | homicide photo 51677 |
| | homicide photo 51681 |
| 25 | homicide photo 51696 |
| | homicide photo 51697 |
| 26 | homicide photo 51714 |
| | homicide photo 51720 |
| 27 | homicide photo 51722 |
| | homicide photo 51726 |
| 28 | homicide photo 51728 |

| | |
|---|---|
| 1 | homicide photo 51733 |
| | homicide photo 51759 |
| 2 | autopsy report 51786, 51788-90, 51795, 51797-831 |
| | Clement call PM_BASH_170 |
| 3 | Clement call PM_BASH_171 |
| | Clement call PM_BASH_172 |
| 4 | Clement call PM_BASH_173 |
| | Clement call PM_BASH_174 |
| 5 | Clement call PM_BASH_175 |
| | Clement call PM_BASH_176 |
| 6 | Clement call PM_BASH_177 |
| | Clement call PM_BASH_178 |
| 7 | Clement call PM_BASH_179 |
| | Clement call PM_BASH_180 |
| 8 | Clement call PM_BASH_181 |
| | Clement call PM_BASH_182 |
| 9 | Clement call PM_BASH_183 |
| | Clement call PM_BASH_184 |
| 10 | Clement call PM_BASH_185 |
| | Clement call PM_BASH_186 |
| 11 | Clement call PM_BASH_187 |
| | Clement call PM_BASH_188 |
| 12 | Clement call PM_BASH_189 |
| | Clement drug texts PM_BASH 7-9 |
| 13 | Fresno wiretap call number 246 |
| | Fresno wiretap call number 1403 |
| 14 | Fresno wiretap call number 2628 |
| | Fresno wiretap call number 2665 |
| 15 | Fresno wiretap call number 3986 |
| | Fresno wiretap call number 10550 |
| 16 | Fresno wiretap call number 11626 |
| | Fresno wiretap call number 12193 |
| 17 | Fresno wiretap call number 12998 |
| | Fresno wiretap call number 13197 |
| 18 | Fresno wiretap call number 13249 |
| | Fresno wiretap call number 13321 |
| 19 | Fresno wiretap call number 13474 |
| | Fresno wiretap call number 14304 |
| 20 | Fresno wiretap call number 14321 |
| | Fresno wiretap call number 14676 |
| 21 | Fresno wiretap call number 14728 |
| | Fresno wiretap call number 15052 |
| 22 | Fresno wiretap call number 15145 |
| | Fresno wiretap call number 15201 |
| 23 | Fresno wiretap call number 15318 |
| | Fresno wiretap call number 24362 |
| 24 | Fresno wiretap call number 24646 |
| | Fresno wiretap call number 26638 |
| 25 | Evan Perkins apartment photos 17497 |
| | Evan Perkins apartment photos 17498 |
| 26 | Evan Perkins apartment photos 17500 |
| | Evan Perkins apartment photos 17502 |
| 27 | Evan Perkins apartment photos 17503 |
| | Evan Perkins apartment photos 17508 |
| 28 | Evan Perkins apartment photos 17512 |

| | |
|---|---|
| 1 | Evan Perkins apartment photos 17514 |
|   | Evan Perkins apartment photos 17518 |
| 2 | Evan Perkins apartment photos 17519 |
|   | Evan Perkins apartment photos 17521 |
| 3 | Evan Perkins apartment photos 17522 |
|   | Evan Perkins apartment photos 17526 |
| 4 | Evan Perkins apartment photos 17527 |
|   | Evan Perkins apartment photos 17532 |
| 5 | Evan Perkins apartment photos 17543 |
|   | Evan Perkins apartment photos 17537 |
| 6 | Evan Perkins apartment photos 17538 |
|   | Evan Perkins apartment photos 17540 |
| 7 | Evan Perkins apartment photos 17541 |
|   | Evan Perkins apartment photos 17543 |
| 8 | Evan Perkins apartment photos 17544 |
|   | Evan Perkins apartment photos 17545 |
| 9 | Evan Perkins apartment photos 17546 |
|   | Evan Perkins apartment photos 17547 |
| 10 | Evan Perkins apartment photos 17548 |
|   | Evan Perkins apartment photos 17552 |
| 11 | Evan Perkins apartment photos 17553 |
|   | Evan Perkins apartment photos 17555 |
| 12 | Evan Perkins apartment photos 17558 |
|   | Evan Perkins apartment photos 17560 |
| 13 | Evan Perkins apartment photos 17561 |
|   | Evan Perkins apartment photos 17562 |
| 14 | Evan Perkins apartment photos 17566 |
|   | Evan Perkins apartment photos 17569 |
| 15 | Evan Perkins apartment photos 17593 |
|   | Evan Perkins apartment photos 17594 |
| 16 | Evan Perkins apartment photos 17597 |
|   | Evan Perkins apartment photos 17607 |
| 17 | Evan Perkins apartment photos 17608 |
|   | Evan Perkins apartment photos 17609 |
| 18 | Evan Perkins apartment photos 17610 |
|   | Evan Perkins apartment photos 17612 |
| 19 | Evan Perkins apartment photos 17615 |
|   | Evan Perkins apartment photos 17617 |
| 20 | Evan Perkins apartment photos 17618 |
|   | Evan Perkins apartment photos 17620 |
| 21 | Evan Perkins apartment photos 17621 |
|   | Evan Perkins apartment photos 17622 |
| 22 | Evan Perkins apartment photos 17623 |
|   | Evan Perkins apartment photos 17625 |
| 23 | ███████ Death Certificate PM_BASH_8637 |
|   | ███████ Autopsy Report 64611-64658 |
| 24 | Pomona call detail records 17108-17119 |
|   | ATF Property number 281 |
| 25 | ATF Property number 122 |
|   | ███████ Facebook PM_BASH 1117(narrowed below) |
| 26 | ███████ Facebook PM_BASH 1117 at pages 362-365 |
|   | ███████ Facebook PM_BASH 1117 at pages 1042-1045 |
| 27 | Holmeyer abstract of judgment 64917-64919 |
|   | Holmeyer Information 64927-64958 |
| 28 | Holmeyer plea documents 64920-64926 |

EDD paperwork BASH_PM_8852-8857
EDD paperwork BASH_PM_8875
EDD paperwork BASH_PM_8879-8882
EDD paperwork BASH_PM_8913
EDD paperwork BASH_PM_8917-8920

Dated:  December 26, 2024                    PHILLIP A. TALBERT
                                                            United States Attorney

                                        By:  /s/ STEPHANIE M. STOKMAN
                                             STEPHANIE M. STOKMAN
                                             JAMES R. CONOLLY
                                             Assistant United States Attorneys
                                             JARED ENGELKING
                                             Trial Attorney, U.S. Department of Justice