MICHELE BECKWITH
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00238-JLT |
| Plaintiff, | GOVERNMENT'S SENTENCING MEMORANDUM |
| v. | |
| JAMES ARMSTRONG, | |
| Defendant. | |

## I.  INTRODUCTION

Defendant James Armstrong is scheduled for sentencing on March 17, 2024, following his guilty plea to Conspiracy to Possess and Possession with Intent to Distribute Methamphetamine (Count 1) and Possession of Methamphetamine with Intent to Distribute (Count 2).

After defendant's guilty plea in 2021, defendant entered into the Delancey Street program. Defendant successfully completed the program after two years. Since his release, Armstrong has been successful on pre-trial monitoring and has actively pursued employment. Given the defendant's successful completion of Delancey Street, his continued efforts to be a productive member of society, and pursuant to the plea agreement between the parties, the government recommends a term of time served.

GOVERNMENT'S SENTENCING BRIEF                1

## II. STATEMENT OF FACTS

### A. Defendant's Conduct

As detailed in the plea agreement and PSR, defendant's conduct is as follows.

Beginning on September 1, 2020, and continuing through on or about October 1, 2020, in the Eastern District of California, defendant James Armstrong conspired with others, both known and unknown, to distribute and possess with the intent to distribute a controlled substance.

On or about and between September 18, 2020 to September 21, 2020, defendant traveled to Torrance, California at the direction of co-conspirator Kenneth Bash. The purpose of the trip to Torrance was to pick up methamphetamine from co-conspirator Stephanie Madsen and transport the methamphetamine to Fresno, California, EDCA.

On September 22, 2020, Armstrong left Torrance, California and drove to Fresno, California with seven (7) pounds of methamphetamine in the vehicle defendant was driving. Defendant knew that he was transporting methamphetamine, and upon arriving in Fresno, he gave the methamphetamine to uncharged co-conspirators.

On September 29, 2020, agents recovered approximately 58 grams of methamphetamine from a package that Armstrong mailed to Alaska. The methamphetamine recovered came from the seven (7) pounds of methamphetamine defendant possessed on September 22, 2020, as stated above.

## III. ANALYSIS OF THE SECTION 3553(A) FACTORS

In sentencing a defendant, 18 U.S.C. § 3553(a)(1) requires the Court to consider the nature and circumstances of the offense and the history and characteristics of defendant. 18 U.S.C. § 3553(a)(2) requires the Court to consider the need for the sentence to reflect the seriousness of the offense, to promote respect for the law, to provide just punishment for the offense, to afford adequate deterrence to criminal conduct, and to protect the public from Defendant's further crimes.

//

//

The Government agrees with the assessment and analysis of these factors as listed in the PSR, and believe the weight of these factors has been reflected in the recommendation far below the sentencing guidelines. Given the facts set forth above, and the agreements of the parties, the government recommends a sentence of time served and endorses Probation's recommendation of a period of supervised release.

Dated:  February 28, 2025

MICHELE BECKWITH
Acting United States Attorney

By:  /s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney