THERESA M. DUNCAN
Admitted *Pro Hac Vice*
Law Office of Theresa M. Duncan LLC
P.O. Box 2769
Santa Fe, NM 87504
(505) 710-6586
teri@duncanearnest.com

CRISTINA BORDÉ
Admitted *Pro Hac Vice*
Law Office of Cristina Bordé
33 E. Main Street
Suite 400
Madison, WI 53703
608-620-3307
cristinaborde@gmail.com

Attorneys for Evan Perkins

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 1:20-cr-0238 JLT SKO |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER RESETTING ARRAIGNMENT FOR EVAN PERKINS** |
| v. | |
| **EVAN PERKINS,** | |
| Defendant. | |

Defendant Evan Perkins, though his counsel Cristina Bordé and Theresa M. Duncan, and the government, through its counsel Stephanie M. Stokman and James Connolly, stipulate to resetting Mr. Perkins' arraignment from August 13, 2025, to September 9, 2025, at 2:00p.m.

//

//

                         Respectfully Submitted,

*/s/ Theresa M. Duncan*
THERESA M. DUNCAN

*/s/ Cristina Bordé*
CRISTINA BORDÉ

Attorneys for Defendant Evan Perkins

*Stephanie M. Stokman*
STEPHANIE M. STOKMAN

Attorney for the United States

**IT IS SO ORDERED.**

Dated: _____          _____
                                            The Honorable Erica P. Grosjean
                                            United States Magistrate Judge