JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124
Email: james@ycbtal.net

TIMOTHY J. FOLEY
California SBN 111558
Attorney at Law
1017 L Street, Number 348
Sacramento, California 95814
Telephone: (916) 599-3501
Email: tfoley9@earthlink.net

Attorneys for Defendant
JUSTIN GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUSTIN GRAY, ET AL.<br><br>    Defendants.<br>_____ | **Case No. 1:20-cr-00238-JLT-SKO**<br><br>**JUSTIN GRAY'S RESPONSE TO ORDER TO SHOW CAUSE** |

Justin Gray, through counsel, submits this Response to the Court's Order to Mr. Gray to Show Cause Why His Trial Should Not be Combined With the Codefendants. Doc. # 2008.

The Court's Order appears to be based on a misunderstanding. Mr. Gray is charged in the Fourth Superseding Indictment in only two counts, Count Two and Count Three, violations of 18 U.S.C. § 1959(a), murder in aid of racketeering. Doc. # 1970, at 11. He is NOT charged in Count One, the RICO conspiracy charge. Doc. # 1970, at 5. Nor does the latest indictment alleged that he is a member or associate of the Aryan Brotherhood. Doc. # 1970, at 2, para. 3; see also Doc. # 2006 (Mr. Gray arraigned on Counts 2 and 3).

1     Thus, the circumstances have not changed. As before, Mr. Gray is the only remaining defendant who is not alleged to be part of the RICO conspiracy.[1]

    Mr. Gray's motion for severance was granted by the Court in October, 2024. Doc. # 1340. The analysis of the Court in the order granting severance remains both insightful and correct. The Court agreed that including Mr. Gray in a trial that presented evidence of a RICO conspiracy lasting a decade and involving the introduction of numerous crimes of violence having no connection to him would have been acutely, and unfairly, prejudicial. See *United States v. Gallo*, 668 F.Supp. 736, 750 (E.D.N.Y. 1987).

    There is no reason for the Court to reconsider the order to sever Mr. Gray's case from the codefendants.

DATED: August 22, 2025            Respectfully submitted,

*/s/ James S. Thomson*

*/s/ Timothy J. Foley*

JAMES S. THOMSON
TIMOTHY J. FOLEY
Attorneys for JUSTIN GRAY

---

[1] A new defendant, Mr. Van Beusekom, was added. Mr. Van Beusekom is charged with the conspiracy count, as are the other four remaining defendants, Mssrs. Weaver, Pitchford, Collins and Perkins. Doc. # 1970, at 5. Mr. Gray alone is not charged with the RICO count.