# EXHIBIT A

FSA Time Credit Assessment
Register Number:24850-509, Last Name:RENSHAW

U.S. DEPARTMENT OF JUSTICE ━━━━━━━━━━━━━━━━ FEDERAL BUREAU OF PRISONS

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only -----------------
All conditional days and conditional dates below are the individual's best case scenario
given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of
10-08-2025. These dates can change if there are changes to one or more of the following: the
individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT
OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR
REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT
ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE
FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND
CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE:
(a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE
WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND
(5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---
Projected Release Date: 05-25-2028
Projected Release Method: 3621E COND
FSA Projected Release Date: N/A
FSA Projected Release Method: N/A
Date 3621E CRP: 04-30-2025
FSA Conditional Release Date: N/A
SCA Recommended Placement Days (Following 5 Factor Review): 365
SCA Recommended Placement Date: 05-26-2027
SCA Max. Statutory HC Placement Days if appropriate (lesser of 6 months/10%): 182
FSA Conditional Placement Days: N/A
FSA Conditional Placement Date: N/A
Conditional Transition To Community Date: 05-26-2027
Max. Statutory HC Placement Date (if approp.): 11-25-2027
Recommended HC Placement Date (if approp.): 11-25-2027

# EXHIBIT B

REQUEST FOR ADMINISTRATIVE REMEDY
Part B - Response

**Name:** RENSHAW, Jacob

**Admin. Remedy Case #:** 1245426-F1

**Reg. No.:** 24850-509

**Unit:** D4 RDAP Unit

This is in response to your Request for Administrative Remedy, received on June 27, 2025, in which you request consideration for Compassionate Release/Reduction in Sentence. ███████████

Bureau of Prisons' Program Statement 5050.50, Compassionate Release/Reduction in Sentence, Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), sets forth the criteria the Director considers for a RIS. Pursuant to P.S. 5050.50, the following criteria may be used to file for a RIS: Terminal Medical Condition, Debilitated Medical Condition, Elderly Inmates, Death or Incapacitation of Family Member Caregiver, and Incapacitation of a Spouse or Registered Partner.

A request for reduction in sentence under 18 U.S.C. § 3582(c)(1)(A) will be considered when there are extraordinary and compelling reasons meeting these criteria or if the requestor is a victim of sexual abuse while in custody, there is no danger to the safety of any other person or to the community, and the reduction is consistent with policy. A review of your request reveals that it is not based on the criteria set forth in P.S. 5050.50. Accordingly, your Request for Administrative Remedy is denied.

If you are not satisfied with this decision, you may appeal to the Regional Director at Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 7th Floor, 2nd and Chestnut Streets, Philadelphia, Pennsylvania, 19106. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

_____
L. B. Kelly, Warden

7·17·2025
_____
Date

# EXHIBIT C

# F.C.I. FAIRTON

THIS CERTIFIES THAT

*Jacob Renshaw*

has successfully completed:

## GED

Certificate of Completion

March 20, 2024

*N. Ferguson,* SOE
_____
Name

| **171** |
|:---:|
| Hours Completed |



© 2021 Great Papers!

```
  FAIBX        *            INMATE EDUCATION DATA        *      08-23-2025
PAGE 001 OF 001 *               TRANSCRIPT               *      13:21:52


REGISTER NO: 24850-509    NAME..: RENSHAW              FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: FAI-FAIRTON FCI


-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
FAI  ESL HAS    ENGLISH PROFICIENT       09-22-2022 1401 CURRENT
FAI  GED EARNED GED EARNED IN BOP        12-21-2023 0938 CURRENT


-------------------------- EDUCATION COURSES --------------------------
SUB-FACL    DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
FAI DRUG    S-ACT WORKKEYS ADVANCED      09-05-2024 12-09-2024  P  C  P   30
FAI DRUG    S-ACT WORKKEYS               09-05-2024 09-05-2024  P  C  P   30
FAI         NATIONAL GEOGRAPHIC          10-06-2023 02-01-2024  P  C  P   16
FAI         HENRY GED CLASS 930-11AM     10-10-2023 12-21-2023  P  C  P   41
LEW DEBRF   GED/IN-CELL STUDY            05-26-2023 09-07-2023  P  W  I  130
LEW DEBRF   ACE FAMOUS MALE ATHLETES     06-12-2023 07-12-2023  P  C  P    3
LEW DEBRF   ACE MIND STRENGTH            05-01-2023 05-31-2023  P  C  P    3
SHE         ANGER MANAGEMENT III: SHU    03-02-2023 04-17-2023  P  C  P    4
SHE         ACE:  ANGER MANAGEMENT IV: SHU 01-31-2023 02-24-2023 P C P    4
SHE         ANGER MANAGEMENT II: SHU     12-16-2022 01-09-2023  P  C  P    4
SHE         ACE:  NUTRITION SHU          11-22-2022 12-16-2022  P  C  P    4
SHE         STRESS MAMAGEMENT: SHU       11-04-2022 11-21-2022  P  C  P    4
SHE         ANGER MANAGEMENT 1: SHU      10-24-2022 11-03-2022  P  C  P    4
SHE         HEALTH: SHU                  10-05-2022 10-19-2022  P  C  P    4


-------------------------- HIGH TEST SCORES --------------------------
TEST        SUBTEST      SCORE    TEST DATE    TEST FACL   FORM     STATE
GED 2014    MATH         146.0    12-14-2023    FAI                  NJ
            RLA          159.0    12-12-2023    FAI                  NJ
            SCIENCE      156.0    12-12-2023    FAI                  NJ
            SOC STUDY    165.0    12-14-2023    FAI                  NJ
TABE D      LANGUAGE      10.2    05-26-2023    LEW          10
            MATH APPL      9.0    05-26-2023    LEW          10
            MATH COMP      9.0    05-26-2023    LEW          10
            READING        9.6    05-26-2023    LEW          10
TABE D1112  LANGUAGE       0.0    10-06-2023    FAI          11
            MATH         501.0    10-06-2023    FAI          11
            READING        0.0    10-06-2023    FAI          11




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

```
  FAIBF  531.01 *                 INMATE HISTORY            *      08-21-2025
PAGE 001 OF 001 *                   PT OTHER               *      13:11:02

REG NO..: 24850-509 NAME....: RENSHAW, JACOB
CATEGORY: PTO        FUNCTION: PRT       FORMAT:

FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
FAI    ANG M WAIT ANGER MANAGEMENT CBT WAIT   11-03-2022 1157 CURRENT
FAI    ARTH FND W ARTHRITIS FOUNDATION WALK WAIT 02-04-2025 0800 CURRENT
FAI    CR TH WAIT CRIMINAL THINKING WAIT      11-03-2022 1158 CURRENT
FAI    EM SR WAIT EMOTIONAL SELF-REG CBT WAIT 11-03-2022 1158 CURRENT
FAI    HTH WELL P HEALTH & WELLNESS LIFESPN PART 04-30-2025 1248 CURRENT
FAI    NA PART    NARCOTICS ANONYMOUS PART    11-08-2023 1200 CURRENT
FAI    OCP EDU W  OCCUPATIONAL EDUC WAITLIST  09-29-2022 1533 CURRENT
FAI    WELIN OUTP WELLNESS INSIDE OUT PART    05-19-2025 1139 CURRENT
FAI    WELIN OUTW WELLNESS INSIDE OUT WAIT    05-19-2025 1138 05-19-2025 1139
FAI    HTH WELL W HEALTH & WELLNESS LIFESPN WAIT 02-26-2025 1219 04-30-2025 1248
FAI    HTH WELL D HEALTH & WELLNESS LIFESPN DECL 09-11-2024 0930 02-26-2025 1219
FAI    HTH WELL P HEALTH & WELLNESS LIFESPN PART 06-12-2024 0855 09-11-2024 0930
FAI    HTH WELL W HEALTH & WELLNESS LIFESPN WAIT 06-12-2024 0854 06-12-2024 0855
FAI    A SUCCESSC ACADEMIC SUCCESS COMPLETE   05-10-2024 1045 05-10-2024 1045
FAI    A SUCCESSP ACADEMIC SUCCESS PARTICIPANT 02-29-2024 1335 05-10-2024 1045
FAI    AARP FND C AARP FOUNDATION FINANCE COMP 03-06-2024 0626 03-06-2024 0626
FAI    AARP FND P AARP FOUNDATION FINANCE PART 01-30-2024 1833 03-06-2024 0626
FAI    AARP FND W AARP FOUNDATION FINANCE WAIT 01-25-2024 0741 01-30-2024 1833



G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

# EXHIBIT D

# *Certificate of Achievement*

## Presented to

## Mr. Jacob Renshaw

**For successfully completing
the residential portion of the**

## Residential Drug Abuse Treatment Program



*This milestone, while significant, is not the completion of the treatment requirements. Mr. Renshaw is
hereby eligible to move forward to the follow-up and/or community treatment components of RDAP.*

**M. Eisenhard, Psy.D., DAP Coordinator
Date: April 30, 2025 FCI Fairton**

# RDAP Transition Ceremony

April 30, 2025
Federal Correctional Institution
Fairton, New Jersey



**Mr. Renshaw is in the back row, far right**

## RECOVERY STARTS HERE, RECOVERY STARTS NOW!

## Transition Ceremony

### Host: Mr. Reyes (Phase 2)

Introduction of Phase 3...........................*Mr. Reyes*

Community Philosophy……………..…*Mr. Legrand*

Opening Remarks………….…..............*Dr. Eisenhard*

Guest Speaker...........................................*Ms. Hiles*

Poem…………………………..…*Mr. Simpson*

Community Motivation…………........…..*Mr. Tolson*

Certificates…………………….......*Mr. Benavidez*

Executive Staff Remarks……..…...*Executive Staff*

Closing Remarks………………...*Officer McIsaac*

Closeout………………………........*Mr. Reyes*

## Congratulations DAP Transitioners/ New RDAP Follow-Up Participants!

Mr. Rene Flores

Mr. Paul Kalka

Mr. Raul Perez

Mr. Jacob Renshaw

Mr. Joseph Sandoval

Mr. Nasir Traynham

Mr. Trevor Van Horn



In this community, we will show **HONESTY** with ourselves and others.

We will show **HUMILITY** in our motivations.

In this community, we will show **OBJECTIVITY** in our thoughts and actions.

We will show that we **CARE** about others.



In this community, we will show **RESPONSIBILITY** for ourselves.

We will show that our **MINDS ARE OPEN** to other possibilities.

In this community, we will show our **WILLINGNESS** to grow.

We will show **GRATITUDE** to those around us.

# EXHIBIT E

# CERTIFICATE OF COMPLETION

**This certifies that**

## Jacob Renshaw

**(24850-509)**

Has successfully completed all requirements for completion of the voluntary

**Non-Residential Drug Abuse Treatment Program (NRDAP),**

a 12–14-week, outpatient drug treatment program conducted at FCI Fairton.

**June 18, 2025**

M. Eisenhard, Psy.D., Drug Abuse Program Coordinator

**SENSITIVE BUT UNCLASSIFIED**

# Bureau of Prisons
## Psychology Services
### NRDAP - Discharge Note

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | RENSHAW, JACOB | | | | | Reg #: | 24850-509 |
| | | Sex: | M | Facility: FAI | | Unit Team: | 4 RDAP |
| Date: | 06/18/2025 13:24 | Provider: | | Davis, Rockay MA, DTS | | | |

## Comments

Mr. Renshaw completed the NRDAP program and consistently demonstrated strong engagement and commitment throughout the course of treatment. He emerged as a leader within the group by maintaining respectful, open minded, and encouraging interactions with his peers, which contributed to a positive and supportive group dynamic. Mr. Renshaw actively participated in discussions and regularly offered insights that reflected his effort to address thinking errors and modify problematic behaviors. He attended all scheduled sessions and completed all assigned journal work as directed by his treatment specialist. His consistent participation, leadership, and willingness to apply the principles of the program reflected meaningful progress toward developing a healthier, more structured lifestyle. Mr. Renshaw's efforts laid a solid foundation for continued growth beyond the program.

Completed by Davis, Rockay MA, DTS on 06/27/2025 13:26

**Reviewed by Eisenhard, Matthew PsyD, DAPC on 06/27/2025 13:34**

# EXHIBIT F

# ACT® WorkKeys® NCRC®



ACT certifies that

# JACOB RENSHAW

has earned the **ACT WorkKeys National Career Readiness Certificate™** at the Gold level.

Registered Certificate # WN4MR9TNJ0Y1
Issue Date: 8/24/24

The **ACT WorkKeys National Career Readiness Certificate™** (ACT WorkKeys NCRC) is an assessment-based credential of widely applicable foundational employability skills. Individuals demonstrate skill mastery through their assessment scores. When individual skills are aligned to the skills needed for a job, workers tend to learn job-related tasks more quickly, benefit from on-the-job training, and obtain new knowledge and skills.

The certificate holder has earned a **Gold ACT WorkKeys NCRC**. The certificate holder's Level Score on each individual assessment is provided below. The type of skills measured by each assessment are described at right.

**JACOB RENSHAW**

| | |
|---|---|
| **ACT WorkKeys Applied Math** | 5 |
| **ACT WorkKeys Graphic Literacy** | 5 |
| **ACT WorkKeys Workplace Documents** | 5 |

### ACT WorkKeys Applied Math
**Level 5**

You scored at Level 5. People who score at Level 5 have demonstrated all of the Levels 3 and 4 skills. They have demonstrated the following skills to:

- Decide what information, calculations, or unit conversions to use to find the answer to a problem
- Add and subtract fractions with unlike denominators (such as ½ - ¼)
- Convert units within or between systems of measurement (e.g., time, measurement, quantity) where the conversion factor is given either in the problem or in the formula sheet
- Solve problems that require mathematical operations using mixed units (such as adding 6 feet and 4 inches to 3 feet and 10 inches, or subtracting 4 hours and 30 minutes from 3.5 hours)
- Identify the best deal using one- or two-step calculations that meet the stated conditions
- Calculate the perimeter or circumference of a basic shape, or calculate the area of a basic shape
- Calculate a given percentage of a given number and then use that percentage to find the solution to a problem (e.g., find the percentage and then use it to find the discount, markup, or tax)
- Identify where a mistake occurred in a calculation (such as identifying the row in a spreadsheet where a problem occurred)

To find the Applied Math Levels 3 and 4 skills, please refer to the ACT WorkKeys website at www.act.org/workkeys.

### ACT WorkKeys Graphic Literacy
**Level 5**

You scored at Level 5. People who score at Level 5 have demonstrated all of the Levels 3 and 4 skills. They also have demonstrated, using graphics designed at the high-moderate level, the skill to:

- Locate information in a graphic using information found in another graphic
- Compare two or more pieces of information
- Identify a trend/pattern/relationship
- Make an inference or decision
- Identify the graphic that accurately represents the data

Additionally, using graphics designed at the low-moderate level, they have demonstrated the following skills:

- Compare two or more trends/patterns/relationships
- Interpret a trend/pattern/relationship
- Make a reasonable inference or decision based on one graphic finding information in another graphic
- Justify a decision or inference based on information
- Identify the most effective graphic given a defined purpose
- Justify the most effective graphic given a defined purpose

To find the Graphic Literacy Levels 3 and 4 skills, please refer to the ACT WorkKeys website at www.act.org/workkeys.

### ACT WorkKeys Workplace Documents
**Level 5**

You scored at Level 5. People who score at Level 5 have demonstrated all of the Levels 3 and 4 skills. They also have the skill to read and comprehend longer workplace documents written in more complex sentences that use more advanced vocabulary, including unfamiliar technical words, jargon, and acronyms. The information in Level 5 documents is generally stated directly, but specific details may be more difficult to find because the documents also may have extraneous information. In reading these documents, they are able to:

- Identify specific details
- Infer the meaning of a word or phrase from context
- Apply information/instructions to a new situation that is similar to the one described in the document while considering changing conditions
- Apply information/instructions that include conditions to situations described in the document
- Identify the appropriate meaning of an acronym, jargon, or technical term defined in the document
- Apply technical terms and jargon to stated situations
- Make inferences to accomplish a goal

To find the Workplace Documents Levels 3 and 4 skills, please refer to the ACT WorkKeys website at www.act.org/workkeys.

**Share Your ACT WorkKeys NCRC with Employers**

Each certificate is registered in the ACT WorkKeys National Career Readiness Certificate database. To access your certificate, go to www.myworkkeys.com and login to, or create a new MyWorkKeys account. If you take action to share your certificate it may be verified at www.act.org/certificate/verify.html. Include information about your achievement on the ACT WorkKeys NCRC on your resume or job applications and invite employers to verify its authenticity.

ACT WorkKeys NCRC Level: [enter the level you have earned]
Registered Certificate #: [enter the ID found on the front of your certificate]
Issue Date: [enter the date on which you earned the certificate]

CA70001.OPS2131
© 2024 by ACT, Inc. All rights reserved.

# EXHIBIT G



**Individualized Needs Plan - Program Review**  (Inmate Copy)     SEQUENCE: 02295165
Dept. of Justice / Federal Bureau of Prisons                      Team Date: 08-27-2025
Plan is for inmate: RENSHAW, JACOB  24850-509

| | | |
|---|---|---|
| Facility: | FAI FAIRTON FCI | Proj. Rel. Date: 05-25-2028 |
| Name: | RENSHAW, JACOB | Proj. Rel. Mthd: 3621E COND |
| Register No.: | 24850-509 | DNA Status: SHE09178 / 09-08-2022 |
| Age: | 49 | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

**Inmate Photo ID Status**

Full status incomplete - Expiration: null

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FAI | D ORD L-PM | D ORDERLY | 05-31-2025 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FAI | ESL HAS | ENGLISH PROFICIENT | 09-22-2022 |
| FAI | GED EARNED | GED EARNED IN BOP | 12-21-2023 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FAI DRUG | C | S-ACT WORKKEYS ADVANCED | 09-05-2024 | 12-09-2024 |
| FAI DRUG | C | S-ACT WORKKEYS | 09-05-2024 | 09-05-2024 |
| FAI | C | NATIONAL GEOGRAPHIC | 10-08-2023 | 02-01-2024 |
| FAI | C | HENRY GED CLASS 930-11AM | 10-10-2023 | 12-21-2023 |
| LEW | W | GED/IN-CELL STUDY | 05-26-2023 | 09-07-2023 |
| LEW | C | ACE FAMOUS MALE ATHLETES | 06-12-2023 | 07-12-2023 |
| LEW | C | ACE MIND STRENGTH | 05-01-2023 | 05-31-2023 |
| SHE | C | ANGER MANAGEMENT III: SHU | 03-02-2023 | 04-17-2023 |
| SHE | C | ACE: ANGER MANAGEMENT IV: SHU | 01-31-2023 | 02-24-2023 |
| SHE | C | ANGER MANAGEMENT II: SHU | 12-16-2022 | 01-09-2023 |
| SHE | C | ACE: NUTRITION SHU | 11-22-2022 | 12-16-2022 |
| SHE | C | STRESS MAMAGEMENT: SHU | 11-04-2022 | 11-21-2022 |
| SHE | C | ANGER MANAGEMENT 1: SHU | 10-24-2022 | 11-03-2022 |
| SHE | C | HEALTH: SHU | 10-05-2022 | 10-19-2022 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 09-19-2022 |
| CARE2 | STABLE, CHRONIC CARE | 06-27-2023 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 09-08-2023 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 09-14-2023 |
| YES F/S | CLEARED FOR FOOD SERVICE | 09-14-2023 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| DAP COMP | RES DRUG TRMT COMP/TRANS REQD | 04-30-2025 |
| ED COMP | DRUG EDUCATION COMPLETE | 01-16-2024 |
| ELIGIBLE | 18 USC 3621 RELEASE ELIGIBLE | 05-20-2024 |
| FOL PART | FOLLOWUP SERVICES PARTICIPANT | 04-30-2025 |



**Individualized Needs Plan - Program Review** **(Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: RENSHAW, JACOB 24850-509

SEQUENCE: 02295165
Team Date: 08-27-2025

| Assignment | Description | Start |
|---|---|---|
| NR COMP | NRES DRUG TMT/COMPLETE | 06-18-2024 |

## FRP Payment Plan

Most Recent Payment Plan

**FRP Assignment:** **COMPLT** **FINANC RESP-COMPLETED** **Start: 03-19-2024**

Inmate Decision: **AGREED** **$25.00** Frequency: **QUARTERLY**
Payments past 6 months: **$0.00** Obligation Balance: **$0.00**

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

## FRP Deposits

Trust Fund Deposits - Past 6 months: $ N/A       Payments commensurate ?   N/A

New Payment Plan:   ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 09-26-2022 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 08-21-2025 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 08-21-2025 |
| N-COGNTV N | NEED - COGNITIONS NO | 08-21-2025 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 10-14-2022 |
| N-EDUC N | NEED - EDUCATION NO | 08-21-2025 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 08-21-2025 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 08-21-2025 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 08-21-2025 |
| N-MEDICL Y | NEED - MEDICAL YES | 08-21-2025 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 08-21-2025 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 08-21-2025 |
| N-TRAUMA N | NEED - TRAUMA NO | 08-21-2025 |
| N-WORK Y | NEED - WORK YES | 08-21-2025 |
| R-MED | MEDIUM RISK RECIDIVISM LEVEL | 05-06-2025 |

## Progress since last review

inmate has graduated rdap since last review, progess is well.

## Next Program Review Goals

first step act needs for family, rec leisure.
inmate advised to save money monthly for future release plans
maintain high levels of sanitation and maintain clear conduct

## Long Term Goals

complete fsa needs for family and rec leisure by March 15, 2026
submit release plans to team by December 15, 2026

## RRC/HC Placement

Recommended Placement in range greater than 270 days.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

## Comments

16 pt medium- next update 8/2026

Sentry Data as of 08-27-2025        Individualized Needs Plan - Program Review   (Inmate Copy)        Page 2 of 5



**Individualized Needs Plan - Program Review    (Inmate Copy)**    SEQUENCE: 02295165
Dept. of Justice / Federal Bureau of Prisons    Team Date: 08-27-2025
Plan is for inmate: RENSHAW, JACOB  24850-509

Name:  RENSHAW, JACOB          DNA Status:  SHE09178 / 09-08-2022
Register No.:  **24850-509**
Age:  49

_____
Inmate   (RENSHAW, JACOB. Register No.: 24850-509)


_____
Date


_____          _____
Unit Manager / Chairperson              Case Manager


_____          _____
Date                          Date

# CERTIFICATE OF ACHIEVEMENT

THIS ACKNOWLEDGES THAT

## Jacob Renshaw

### Reg. No. 24850-509

HAS SUCCESSFULLY COMPLETED
FSA – TRAUMATIC STRESS & RESILIENCE
FEDERAL CORRECTIONAL INSTITUTION – FAIRTON, NJ

Spring 2025



E. Moham, Advanced Care Treatment Specialist

# F.C.I. FAIRTON

### THIS CERTIFIES THAT

## *Jacob Renshaw*

has successfully completed the

requirements for:

## **FSA-Academic Success**

### Certificate of Completion

May 3, 2024

*N. Sherwood,* Teacher

_____
Name

| 24 |
|:---:|

Hours Completed

# FCI FAIRTON

THIS CERTIFIES THAT

## JACOB RENSHAW

has successfully completed the requirements
for:

**First Step Act Course (FSA)**

**AARP Foundations Finances 50+**

Certificate of Completion

February 15, 2024

*C. Gibson,* Unit Counselor
_____
Instructor Name

| **5** |
|:---:|
Hours Completed

# F.C.I. FAIRTON

THIS CERTIFIES THAT

## *Jacob Renshaw*

has successfully completed the requirements for:

### Nat Geo

Certificate of Completion

December, 2023

*L. Hemsley*
_____
L. Hemsley
ACE Coordinator

**16**
_____
Hours Completed



© 2021 Great Papers

# F.C.I FAIRTON

THIS CERTIFIES THAT

## *Jacob Renshaw*

has successfully completed the requirements for:

### Parenting Phase I

Certificate of Completion

Given this 31ˢᵗ day of October, 2023

_A. Morales_
A. Morales
Parenting Coordinator



| 6 |
|---|
Hours Completed

# EXHIBIT H



The Prisoner's Web

*This is to certify that*

**Jacob Renshaw**

*Has completed a comprehensive Bible Study in*

The Gospel of Matthew

*This* 17th **day of** June, 2024

Robert D. Papa
President

# Certificate of
# *Baptism*

### This Certifies that

**Jacob Renshaw**

was baptized in the name of the Father and of the Son
and of the Holy Spirit on

the _____**7**_____ day of _____**July**_____, _____**2024**_____

at _____**Fairton, New Jersey**_____ Church

of _____**Victory**_____, _____**Fairton, New Jersey**_____

_____**Chaplain Jeffery Oliver**_____
*Pastor*

*Know ye not, that so many of us as were baptized into Jesus Christ were baptized into his death? Therefore we are buried with him by baptism into death: that like as Christ was raised up from the dead by the glory of the Father, even so we also should walk in newness of life.*
*Romans 6:3-4 KJV*

# EXHIBIT I

**FSA Time Credit Assessment**

Register Number:24850-509, Last Name:RENSHAW

U.S. DEPARTMENT OF JUSTICE      FEDERAL BUREAU OF PRISONS

---

08-22-2023  09-21-2023  disallow    30

  **Disciplinary segregation sanction**

   **Report#   Code Description**        **Date**     **Time**

   3813186   297  PHONE ABUSE-DISRUPT MONITORING  08/17/2023 08:30

    DISCIPLINARY SEGREGATION 30 DAYS from 08/22/2023 thru 09/20/2023

---

**Start**     **Stop**      **Pgm Status** **Pgm Days**

09-21-2023  06-12-2024  accrue      265

  Accrued Pgm Days...: 265

  Carry Over Pgm Days: 9

  Time Credit Factor.: 10

  Time Credits.......: 90

---

**Start**     **Stop**      **Pgm Status** **Pgm Days**

06-12-2024  02-26-2025  disallow    259

  **Declined EBRR/PA program(s).**

   **Facility Category Assignment Start**       **Stop**

   FAI      PTO      HTH WELL W  06-12-2024 08:54  06-12-2024 08:55

   FAI      PTO      HTH WELL D  09-11-2024 09:30  02-26-2025 12:19

---

**Start**     **Stop**      **Pgm Status** **Pgm Days**

02-26-2025  10-08-2025  accrue      224

  Accrued Pgm Days...: 224

  Carry Over Pgm Days: 4

  Time Credit Factor.: 10

  Time Credits.......: 70

--- FSA Assessment(s) -----------------------------------------------------

| # | Start | Stop | Assignment | Asn Start | Factor |
|---|-------|------|------------|-----------|--------|
| 001 | 09-08-2022 | 10-06-2022 | R-HI | 09-26-2022 16:57 | 10 |
| 002 | 10-06-2022 | 04-04-2023 | R-HI | 09-26-2022 16:57 | 10 |
| 003 | 04-04-2023 | 10-01-2023 | R-MED | 03-20-2023 13:38 | 10 |
| 004 | 10-01-2023 | 03-29-2024 | R-MED | 05-03-2023 09:52 | 10 |
| 005 | 03-29-2024 | 09-25-2024 | R-MED | 03-19-2024 11:55 | 10 |
| 006 | 09-25-2024 | 03-24-2025 | R-MED | 09-03-2024 08:22 | 10 |
| 007 | 03-24-2025 | 09-20-2025 | R-MED | 02-13-2025 13:52 | 10 |
| 008 | 09-20-2025 | 03-19-2026 | R-MED | 05-06-2025 15:20 | 10 |