PROB 35A DEATH (ED/CA)

**Re:  Todd Morgan**
    **Docket Nos: 1:20CR00238-003**
    **Report and Order Terminating Supervised Release**
    **Prior To Original Expiration Date - Notice of Death**

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date - Notice of Death**

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) | |
|  ) | |
|     **v.**   ) | **Docket No: 1:20CR00238-003** |
|  ) | |
| **Todd Morgan**  ) | |
|  ) | |

On January 28, 2022, the above-named was sentenced to 262 months Bureau of Prisons to be served consecutive to any undischarged terms of imprisonment relative to the sentences imposed in Santa Clara County Superior Court Docket Number CC094382 and Monterey County Superior Court Docket Numbers SS062945A and SS0091860A. Subsequently, Mr. Morgan was transported to Salinas Valley State Prison where he continued to serve his sentences in the state cases.

On October 30, 2025, Salinas Valley State Prison notified the United States Marshals Office of Mr. Todd's death while in custody, which occurred on October 23, 2025. According to the online California Department of Corrections and Rehabilitation News Release, Mr. Morgan was attacked by other inmates with what appeared to be improvised weapons. Minutes later Mr. Morgan was pronounced deceased by prison medical staff. The death certificate has been requested. It is accordingly recommended that this case be closed.

PROB 35A DEATH (ED/CA)

**Re:    Todd Morgan
Docket Nos: 1:20CR00238-003
Report and Order Terminating Supervised Release
Prior To Original Expiration Date - Notice of Death**

                              Respectfully submitted,

                              /s/ Christian R.
                            United States Probation Officer

Dated:    February 19, 2026
          Fresno, California

**REVIEWED BY:**    **John Green
Supervisory United States Probation Officer**

---

## ORDER OF COURT

It appears that Todd Morgan is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

IT IS SO ORDERED.

Dated:    **February 19, 2026**            /s/ Jennifer L. Thurston
                                                    UNITED STATES DISTRICT JUDGE

(Notification copy on file)

CC:    AUSA Kimberly Sanchez – James Robert Conolly
        Fiscal Clerk - Clerk's Office