HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:20-cr-00238-JLT-SAB-1 |
| *Plaintiff,* | **NOTICE RESPONDING TO COURT'S APRIL 8, 2026 MINUTE ORDER** |
| vs. | |
| KENNETH BASH, | |
| *Defendant.* | |

In response to this Court's Minute Order of April 8, 2026, the Office of the Federal Defender hereby gives notice that, at this time, it will not be filing a motion under 18 U.S.C. § 3582(c)(2) on behalf of Mr. Bash.


Dated:  April 13, 2026

/s/ *Peggy Sasso*
PEGGY SASSO
First Assistant Federal Defender

Notice in Response to Court Order                    -1-