HEATHER M. ANGOVE
Law Office of Heather M. Angove
P.O. Box 28826
San Jose, CA 95159
(408) 317-3071
heatherangove@gmail.com

Attorney for Defendant
JACOB RENSHAW

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                    v.<br><br>JACOB RENSHAW,<br><br>                    Defendant. | CASE NO. 1:20-CR-238-008-JLT<br><br>STIPULATION REGARDING SCHEDULE FOR BRIEFING; [~~PROPOSED~~] ORDER |

**STIPULATION**

Defendant Jacob Renshaw, by and through his counsel of record, and the United States, by and through its counsel of record, hereby stipulate as follows:

1.      On March 3, 2026, the Court modified the briefing schedule as requested by the parties for Defendant Jacob Renshaw's Motion to Vacate and/or Reduce Sentence, setting the government's response deadline for March 20, 2026 and the defense's reply deadline for April 20, 2026.  ECF No. 2063.

2.      Defense counsel had surgery on April 6, 2026.  Because the recovery period has taken longer than expected, counsel needs additional time to prepare the reply.  Defense counsel is scheduled to have a second surgery on May 11, 2026.  Opposing counsel has indicated he does not object to the extension request.

3.      The parties have conferred and jointly request that the Court modify the schedule to allow for Defendant's reply to be filed no later than May 22, 2026.

IT IS SO STIPULATED.

Dated: April 20, 2026

/s/ HEATHER M. ANGOVE
HEATHER M. ANGOVE
Attorney for Jacob Renshaw

Dated: April 20, 2026

ERIC GRANT
United States Attorney

/s/ JAMES CONOLLY
JAMES CONOLLY
Assistant United States Attorney

**[PROPOSED] ORDER**

Based on the stipulation and representations of the parties, the Court adopts the following revised briefing schedule regarding Defendant's motion for sentence reduction: Defendant's reply to the government's response to be filed no later than May 22, 2026.

IT IS SO ORDERED.

Dated:   **April 22, 2026**

UNITED STATES DISTRICT JUDGE

STIPULATION RE BRIEFING SCHEDULE
1:20-CR-00238-008 JLT

2