ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00238-JLT |
| Plaintiff, | OPPOSITION TO MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. §3582(C)(2) |
| v. | |
| KENNETH BASH, | |
| Defendant. | |

Defendant requests a retroactive sentence reduction under 18 U.S.C. § 3582(c)(2) and Amendment 821's amended status points provision.  ECF 2078.  Defendant is not eligible for a retroactive reduction under Amendment 821 because he was sentenced in 2025, well after the guideline amendments went into effect in November 2023.  *See* ECF 1948 (Amended PSR) at ¶ 89 (applying the "2024 Guidelines Manual, incorporating all guideline amendments"); USSG § 1B1.10.  The amended status points provision was already applied to this Defendant's case at the time of sentencing, which is why Defendant was not assigned any status points despite committing the offenses of conviction while under a separate criminal justice sentence.  *See* ECF 1948, ¶ 156.  Accordingly, Defendant's motion for a retroactive sentence reduction should be denied.

Dated:  April 28, 2026

ERIC GRANT
United States Attorney

By:  /s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE BY MAIL</u>

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on April 28, 2026, she served a copy of the OPPOSITION TO MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. §3582(C)(2) by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee:  **Kenneth Bash**
**18325-509**
**P.O. Box 23811**
**Tucson, AZ 85734**

/s/ *S. Weger*
Shelley Weger

OPPOSITION TO MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582(C)(2)

3