W. SCOTT QUINLAN, 101269
Attorney at Law
2300 Tulare Street, Ste. 300
Fresno, Ca 93721
PHONE: (559) 442-0634

Attorney for Defendant KENNETH BASH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH BASH<br><br>Defendant. | No.  1:20-cr-0238 JLT SKO<br><br>**PROOF OF SERVICE** |

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to this action. My business address is 2300 Tulare Street, Ste. 300, Fresno, Ca 93721.

On May 6, 2026, I caused the following documents to be served by mail and e-mail:

**NOTICE OF REQUEST TO SEAL MULTIPLE PAGE DOCUMENT; REQUEST TO SEAL DOCUMENTS, MOTION, ATTACHEMENT, DECLARATIONS, POINTS AND AUTHORITIES AND ORDER; AND MOTION TO ENFORCE PLEA AGREEMENT AND FOR RELIEF UNDER 28 U.S.C. §2255 on the following persons**:

James Conolly, Assistant United States Attorney @ James.Conolly@usdoj.gov and Kenneth Bash via the United States Postal Service.

///

///

1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of May, 2026 at Fresno, California.

/s/ Kristen N. Bretz
Assistant to Attorney W. Scott Quinlan,
Attorney for Defendant,
KENNETH BASH

2