KENNETH BASH, REG. NO. 18325-509
FCI TUCSON
P.O. BOX 23811
TUCSON, AZ 85734
Appearing *pro se*

FILED

MAY 05 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH BASH,<br><br>Defendant. | Case No. 1:20-cr-00238-JLT-SAB-1<br><br>**NOTICE OF WITHDRAWAL OF MOTION PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>**RETROACTIVE CRIMINAL HISTORY CASE** |

Defendant, KENNETH BASH, hereby voluntarily withdraws his pro se motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), filed on April 3, 2026, Docket Entry 2078.

Dated: 4/26/ , 2026

Respectfully submitted,

KENNETH BASH
Defendant