ERIC GRANT
United States Attorney
JAMES CONOLLY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

AMANDA J. KOTULA
Trial Attorney, U.S. Department of Justice
Violent Crime & Racketeering Section
1301 New York Avenue, N.W., Suite 700
Washington, DC 20005
Telephone: (202) 514-3594

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:20-CR-00238 JLT-SAB |
| Plaintiff, | |
| v. | JOINTLY SUBMITTED PROPOSED JURY QUESTIONNAIRE |
| JUSTIN GRAY, | |
| Defendant. | |

The United States and defendant Justin Gray, through their respective counsel of record, propose the following list of questions for the jury questionnaire to be distributed to prospective jurors in advance of trial.  The parties have been able to agree to the majority of questions, identified as questions 1–35, and 41–43, submitted here as the Jointly Proposed Questions.   For the questions on which the parties do not agree, this submission includes a section at the end for the parties' Separately Proposed Questions.

For the government, these are "Government's Proposed Questions Nos. 36–40," and for Justin Gray, they are "Defendant's Proposed Questions Nos. 36–38."

JOINTLY PROPOSED JURY QUESTIONNAIRE

**JOINTLY PROPOSED QUESTIONS**

1.    Juror Identification Number (From your juror badge):

2.    What is your gender:  Male          Female          Non-Binary

3.    What is your age?

4.    What is your race/ethnicity?

5.    Do you have difficulty reading, speaking or understanding English?

6.    Do you have any physical or mental condition that would impact your ability to serve as a juror?

Yes     No

    a.   If yes, please explain:

7.    Do you have hearing difficulties not corrected by a hearing aid?     Yes     No

8.    Do you have trouble seeing even with glasses or contacts?     Yes     No

9.    Are you taking any medication(s) regularly?     Yes     No

10.    If yes, do any of these medications affect your memory, concentration, or decision making?

Yes     No

    a.     If yes, what are the medications and how do they affect you?

11.    City of residence?

12.    Years at residence?

13.    Current Occupation or your last occupation if you no longer work:

    a.   How long with current employer?

    b.   City where you report to work:

14.    If you have a prior occupation what was your prior occupation?

    a.   How long with prior employer?

    b.   City where you reported to work:

15.    Have you ever had responsibility for hiring or firing employees?     Yes     No

16.    Have you ever served in the military?     Yes     No

    a.   If yes, when and where you served, which branch, your highest rank, and whether you were ever deployed to a combat zone.

17.    Current marital status:

JOINTLY PROPOSED JURY QUESTIONNAIRE

Single    Married    Divorced    Widowed    Living with significant other

a.  If you have a spouse or significant other, what is your partner's occupation?

b.  If previously married, what is/was your former spouse's occupation?

18.  For each of your children or stepchildren, please list the age, gender, occupation and/or "student" (if post-high school, list the study emphasis), and marital status of each (whether living with you or living elsewhere):

Age          Gender          Occupation          Marital status

19.  If people other than your spouse/significant other and children live with you, please list their ages, genders, and occupation or student (study emphasis) and their relationships to you:

Age          Gender          Occupation          Marital status

20.  What are/were your parents' occupations?

21.  What civic, religious, social, advocacy, professional, or trade clubs, memberships, or organizations do you belong to or make ongoing donations?  (Please list any offices held.)

22.  What is the highest level of education you have completed?

23.  Please list any degrees, licenses, and certificates you have earned:

24.  Are you currently attending school?                              Yes    No

a.     If you are attending school, what is/are your primary area(s) of study?

25.  Have you ever worked, including volunteer work, or had any training or education in any type of law enforcement related job or agency?                              Yes    No

a.     If yes, please explain who, when, where, and the type of job:

26.  Have any of your close friends or family members ever worked, including volunteer work, or had any training or education in any type of law enforcement related job or agency? (Examples include working with a police department, sheriff's department, government investigators, prosecutors, jail or prison officials, parole or probation offices or juvenile authorities.)
                                                                  Yes    No

a.     If yes, please include their:

Relation to you          Agency          Job Title          Dates of work

(Example: Cousin, Fresno Police Officer, 1984-1994)

27.  What is your general attitude toward law enforcement officials?

Very Positive          Positive          Neutral          Negative          Very Negative

28.  Have you ever had a particularly good or bad experience with law enforcement officials?

                                                                  Yes    No

JOINTLY PROPOSED JURY QUESTIONNAIRE

a.    If yes, please detail your experience:

29.    Do you know any person connected to the court system, such as a lawyer, judge, bailiff, clerk or court reporter?

Yes    No

a.  If you answered "Yes," who are these persons, where do/did they work, and when?

Relation to you        Where they worked        Job Type        Dates of work

(Example: Friend, Fresno Superior Court, Judge, 1984-1994)

30.    Do you have strong feelings, one way or the other, about the criminal justice system?

Yes    No

a.    If yes, please explain:

31.    Have you, a close relative, or close friend ever been a witness to a crime?    Yes    No

a.  If you answered "Yes" to this question, please explain your relationship to the witness, the nature of the crime, when the crime occurred and a brief description of the crime:

Relation to you        The crime        When        What happened?

(Example: Me, Vandalism, 1998, witnessed someone tag a neighbor's fence)

b.  Was there a trial?        Yes    No

i        If yes, did you attend the trial?        Yes    No

c.  Is there anything about this experience that may it difficult for you to be fair or impartial in this case?

32.    Have you, a close relative or a close friend ever been a victim of a crime?    Yes    No

a.    If you answered "Yes," to this question, please explain your relationship to the victim, the nature of the crime alleged, when this occurred and a brief description of the circumstances:

Relation to you            The crime        When        What happened?

(Example: Me, Vandalism, 1998, Someone tagged my fence)

b.    Was there a trial?        Yes
No

i    If yes, did you attend the trial?        Yes    No

c.    Is there anything about this experience, that may it difficult for you to be fair or impartial in this case?

33.    Have you, a close relative or close friend ever been investigated, arrested for, or accused of a crime (even if the case did not go to court)?        Yes    No

JOINTLY PROPOSED JURY QUESTIONNAIRE

a.     If you answered "Yes" to this question, please explain your relationship to the accused, the nature of the crime alleged, when this occurred, and a brief description of the circumstances:

Relation to you     The crime     When   What happened?

(Example: Brother, Theft, 2020, They claimed he stole from a store)

b.     Was the person convicted of the crime?     Yes    No

c.     Was there a trial?     Yes    No

     i     If yes, did you attend it?     Yes    No

d.     Did the person spend any time in jail or prison as a result?   Yes    No

e.     Is there anything about this experience, that may make it difficult for you to be fair or impartial in this case?     Yes    No

     i     If yes, please explain:

34.     Is there anything about the charges in this case that may make it difficult for you to be fair or impartial serving as a juror?     Yes    No

    a.     If yes, please explain:

35.     Have you served on a trial jury?     Yes    No

    a.     If yes, for each case, list the year you served, whether it was civil or criminal and, if a criminal case, what was the charge(s), whether your jury reached a verdict, and whether you were the foreperson:

      Year    Civil or Criminal?     If criminal, what were the charges?

      Did you come to a verdict?     Were you the foreperson?

    b.     Is there anything about your prior jury experience that would make it difficult for you to be fair and impartial in this case to either the defendants or the government?     Yes    No

     i     If yes, please explain:

**[*Questions 36–40 Intentionally left blank for numbering purposes; see Separately Proposed Questions, below.*]**

41.     This trial is expected to last approximately two weeks. Trial will not be held on Mondays, weekends, or Federal holidays. Once the jury is selected, the trial days will begin at 8:00 AM and conclude at 1:30 PM, Tuesday through Friday. Would you suffer a significant hardship if you were selected on this jury?

         Yes    No

    a.     If yes, please explain:

JOINTLY PROPOSED JURY QUESTIONNAIRE

42. Do you have any personal, family, or professional obligations that you feel would seriously interfere with your ability to focus and concentrate as a juror in this case? Yes        No

    a.  If yes, please explain:

43. If you are concerned about a financial hardship, does your employer pay you for time missed due to jury service?  (If you are unsure, please find out before you return to court for jury selection questioning.)

Yes                No                Unsure        Not Applicable

## SEPARATELY PROPOSED QUESTIONS

### Government's Proposed Questions Nos. 36–40:

**Gov. No. 36.**  This trial will include testimony about the Aryan Brotherhood and/or similar gangs. The Aryan Brotherhood is a gang that consists of members and associates who are white inmates within the prison population and non-incarcerated individuals out on the streets. The government alleges that the Aryan Brotherhood participates in a variety of criminal behavior including fraud, drug trafficking, and murder. In this trial, the defendant is alleged to be involved with the Aryan Brotherhood and is accused of participating in criminal activity for the benefit of the gang. Please select the statement(s) below that reflects your knowledge, experience, or opinion. (Please note: For the purposes of these questions, "gang" includes both street gangs and prison gangs.)

    a.  I now belong, or used to belong, to a gang.

    b.  I have a close family member who now belongs, or used to belong, to a gang.

    c.  I have a close friend who now belongs, or used to belong, to a gang.

    d.  I know people who now belong or used to belong to a gang.

    e.  I have been a victim of gang crime.

    f.  I have a close friend or family member who has been a victim of gang crime.

    g.  I know other people who have been victims of gang crime.

    h.  None of these apply to me.

    i.  Unless you selected "h", please describe your experience:

**Gov. No. 37:** Is there anything about your experience as detailed in the question above about gangs that may make it difficult for you to be fair or impartial in this case?     Yes     No

    a.  If yes, please explain:

**Gov. No. 38:** Do you have any knowledge about the Aryan Brotherhood or other prison gang?

Yes     No

    a.  If yes, please explain:

JOINTLY PROPOSED JURY QUESTIONNAIRE

**Gov. No. 39:** Do you have any knowledge about other gangs that are not based in prisons?

Yes     No

    a.   If yes, please explain:

**Gov. No. 40:**   In this trial, the defendant is alleged to be involved with the Aryan Brotherhood and is accused of participating in criminal activity related to this gang. Does the fact that the defendant is alleged to be involved in a gang in general, or the Aryan Brotherhood in particular, have any impact on your ability to evaluate the evidence impartially?

Yes     No

    a.   If yes, please explain:

## Defendant's Proposed Questions Nos. 36–38

**Def. No. 36**:   This trial will include testimony about the Aryan Brotherhood and/or similar groups. The Aryan Brotherhood consists of members and associates who are inmates within the prison population and non-incarcerated individuals out on the streets. The government alleges that the Aryan Brotherhood participates in a variety of criminal behavior. Is there anything about your experience, if any, with these groups that may make it difficult for you to be fair or impartial in this case?

Yes     No

    a.   If yes, please explain:

**Def. No. 37**: Do you have any knowledge about the Aryan Brotherhood?     Yes     No

    a.   If yes, please explain:

**Def. No. 38**:   If you are selected to sit on this jury and during deliberations you find that you have a reasonable doubt that the defendant is guilty of the charged crime, the law would require that you find the defendant is not guilty of the charged crime, even if you find that he is involved in the Aryan Brotherhood. Would you have any hesitation in following the law?

Yes     No

    a.   If yes, please explain:

**[Def. Nos. 39–40 intentionally left blank.]**

Respectfully submitted,

Dated:  June 4, 2026

ERIC GRANT
United States Attorney

By:   /s/ JAMES CONOLLY
JAMES CONOLLY
Assistant United States Attorney

JOINTLY PROPOSED JURY QUESTIONNAIRE