ERIC GRANT
United States Attorney
JAMES CONOLLY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

AMANDA J. KOTULA
Trial Attorney, U.S. Department of Justice
Violent Crime & Racketeering Section
1301 New York Avenue, N.W., Suite 700
Washington, DC 20005
Telephone: (202) 514-3594


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>          v.<br><br>JUSTIN GRAY,<br><br>                     Defendant. | CASE NO.  1:20-CR-00238 JLT-SAB<br><br>JOINT STATEMENT REGARDING USE OF JURY QUESTIONNAIRE AT TRIAL |

Plaintiff, the United States, and defendant, Justin Gray, through their respective attorneys of record, provide this response to the Court's June 15, 2026 Minute Order.  ECF No. 2119.  The parties concur with the Court that a jury questionnaire is not necessary for Mr. Gray's trial and are amenable to proceeding without one.  A fair and balanced voir dire process, conducted by the Court and assisted by the parties, should be able to elicit sufficient information for the parties to make informed decisions during jury selection. *See* Judicial Counsel of the Ninth Circuit Jury Trial Improvement Committee, Second Report: Recommendation and Suggested Best Practices at 8, ECF No. 1528-1 (Noting that jury questionnaires can be useful to pre-screen potential jurors when the case "is anticipated to be unusually

JOINT RESPONSE TO MINUTE ORDER RE JURY QUESTIONNAIRE

long," but otherwise may not offer sufficient benefit to justify the time and resource cost to the jurors and the Court staff.)

ERIC GRANT
United States Attorney

Dated:  June 26, 2026                    By:  /s/ *James Conolly*

JAMES CONOLLY
Assistant United States Attorney
AMANDA J. KOTULA
Trial Attorney, U.S. Department of Justice

Dated:  June 26, 2026                    By:  /s/ *James Thomson*

JAMES THOMSON
TIMOTHY FOLEY
Counsel for Defendant Justin Gray