JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124
Email: james@ycbtal.net

TIMOTHY J. FOLEY
California SBN 111558
Attorney at Law
1017 L Street, Number 348
Sacramento, California 95814
Telephone: (916) 599-3501
Email: tfoley9@earthlink.net

Attorneys for Defendant
JUSTIN GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 1:20-cr-00238-JLT-SAB** |
| Plaintiff, | **JUSTIN GRAY'S MOTION TO EXCLUDE GOVERNMENT'S EXHIBITS** |
| vs. | **(Trial Motion 17)** |
| JUSTIN GRAY, et al. | Date: July 27, 2026 |
| Defendants. | Time: 9:00 am |
| | Hon. Jennifer L. Thurston |

The government has presented counsel for Justin Gray with an updated Preliminary Exhibit List, dated July 2, 2026, comprised of a preliminary list of exhibits it intends to submit during the upcoming trial.  The Preliminary Exhibit List contains references to witnesses and citations to documents within the protected materials.  Based on a preliminary review of the exhibits on the government's list, Justin Gray lodges the following objections to the government's designated exhibits.

Preparation for trial is ongoing.  Context is important to assess the admissibility of evidence, and context may change or become clear as the parties prepare for trial and/or during trial.  These objections are based upon current assessment and expectations.  The defense reserves the right to make additional objections, modify its position, and submit

Justin Gray's Motion to
Exclude Exhibits

1

more detailed authorities and argument.  The numbers are those in the government's list.

Exhibit    General description[1]            Objection(s)

| Exhibit | General description[1] | Objection(s) |
|---|---|---|
| 4 | Photo | Relevance |
| 5 | Photo | Not necessary, cumulative, |
| 8 | Photo | Relevance, 403, Trial Motion 4, Doc. No. 2123 |
| 9 | Photo | Relevance, 403, Trial Motion 4, Doc. No. 2123 |
| 10 | Photo | Relevance, 403, Trial Motion 4, Doc. No. 2123 |
| 11 | Documents - Autopsy Report | Hearsay, cumulative, 403 |
| 13 | Photo | Relevance, 403, cumulative |
| 14 | Photo | Relevance, 403, cumulative |
| 15-16 | Photos | Duplicative, cumulative, 403; only one of the two should be admitted |
| 17-18 | Photos | Duplicative, cumulative, 403; only one of the two should be admitted |
| 19 | Documents - Autopsy Report | Hearsay, cumulative, 403 |
| 20-21 | Photos | Duplicative, cumulative, 403; only one of the two should be admitted |
| 22-25 | Photos | Relevance, 403, cumulative |
| 27 | Photo | Relevance, 403, cumulative |
| 31 | Messages | Foundation, relevance |
| 33 | Messages | Foundation, relevance, 403 |
| 41-45 | Photos | Cumulative, 403 |
| 48 | Photos | Cumulative, 403 |
| 52-56 | Photos | Cumulative, 403 |
| 62 | Photos | Cumulative, 403 |

[1] Because some exhibits are within the protected materials, the descriptions will be necessarily vague, and the actual list is not offered as an exhibit to this motion at this time.

Justin Gray's Motion to
Exclude Exhibits

| 65-70 | Photos | Cumulative, 403 |
|---|---|---|
| 71-72 | Photos | Cumulative, 403; misleading - subject of photo has been moved |
| 73-75 | Photos | Cumulative, 403 |
| 77-79 | Photos | Cumulative, 403 |
| 80-94 | Photos of documents and paperwork | Relevance, Trial Motion 12, Doc. No. 2134 |
| 95-96 | Demonstrative charts with photos | Foundation, relevance |
| 97 | Document - cell site data | Trial Motion 13, Doc. No. 2135 |
| 101-104 | Idaho jail calls - audio, video and transcripts | Trial Motion 7, Doc. 2126 |

Dated: July 3, 2026

Respectfully submitted,

*/s/ James S. Thomson*

*/s/ Timothy J. Foley*

JAMES S. THOMSON
TIMOTHY J. FOLEY
Attorneys for JUSTIN GRAY

Justin Gray's Motion to
Exclude Exhibits

3