OFFICES OF

**PAVONE &**  **FONNER, LLP**

A LAW PARTNERSHIP

**BENJAMIN PAVONE, ESQ.**
**STATE BAR NUMBER 181826**
600 WEST BROADWAY, SUITE 700
SAN DIEGO, CALIFORNIA  92101
TELEPHONE: 619 224 8885
EMAIL: bpavone@cox.net

ATTORNEYS FOR THE *BROWN*
CLASS AS INTERVENORS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH BASH, *et al.,*<br><br>Defendants. | **CASE NO.**: 1:20-cr-238-JLT-SKO<br><br>**AMENDED PROOF OF SERVICE**<br><br>**Date:**  July 24, 2026<br>**Time:**  9:30 pm<br>**Dept:**  1, 8th Floor, Fresno, CA<br>**Court:** Hon. Sheila K. Oberto |

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within entitled action. My business address is 600 W. Broadway, Ste. 700, San Diego, California 92101.

On July 6, 2026, I served the following:

* Notice of Motion to Intervene to Enforce Civil Subpoena in *Brown* w-POS
* Motion (Brief) to Intervene to Enforce Civil Subpoena in *Brown*
* Declaration iso Motion to Intervene to Enforce Civil Subpoena in *Brown*
* Proposed Order
* Request to Appear Remotely

Chambers Hon. Sheila K. Oberto
United States District Court
Eastern District of California
2500 Tulare Street, Room 1501
Fresno, California 93721                                         (via first class mail)

Amanda Kotula
DOJ-Crm
Department of Justice - VCRS
1301 New York Ave. N.W., Suite 700
Washington DC, DC 20005
T: 202 716 1129
E: amanda.kotula@usdoj.gov                                     (via ECF electronic service)

James Robert Conolly
U.S. Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814
T: 916 554 2705
E: james.conolly@usdoj.gov                                     (via ECF electronic service)

Jared Engelking , GOVT
DOJ-Crm
Violent Crime and Racketeering Section
1301 New York Ave., N.W.
Washington, DC 20005
T: 202 616 8807
E: jared.engelking2@usdoj.gov                                  (via ECF electronic service)

Nicholas Enrico Karp , GOVT
DOJ-USAO
2500 Tulare Street, Ste 4401
Fresno, CA 93636
T: 559 497 4028
E: nicholas.karp@usdoj.gov                                     (via ECF electronic service)

PAVONE & FONNER, LLP
600 WEST BROADWAY, STE. 700
SAN DIEGO, CALIFORNIA 92101

Stephanie Stokman
United States Attorney's Office, EDCA
2500 Tulare Street, Suite 4401
Fresno, CA 93721
T: 559 497 4045
E: stephanie.stokman2@usdoj.gov                    (via ECF electronic service)

Randy Sue Pollock
Law Offices of Randy Sue Pollock
286 Santa Clara Avenue
Oakland, CA 94610
T: 510 763 9967
E: rsp@rspollocklaw.com                            (via ECF electronic service)

Tamara Crepet
Tamara Crepet Law
Pier 9, Suite 100
San Francisco, CA 94111
T: 415 517 3496
E: tamara@taclaw.org                               (via ECF electronic service)

Mr. John Faulconer, Esq.
Ms. Juliet Lompa, Esq.
Mr. Jeffrey Fisher, Esq.
Ms. Maki O'Bryan
Deputies Attorney General
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004                       (Via Direct Email to Link w-Papers)
(Attorneys for the Brown Defendants)


        I declare under the laws of the State of California in the County of San Diego under penalty of perjury on this 6th day of July 2026 that the foregoing is true and correct.



PAVONE & FONNER, LLP
600 WEST BROADWAY, STE. 700
SAN DIEGO, CALIFORNIA 92101