ERIC GRANT
United States Attorney
JAMES CONOLLY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

AMANDA J. KOTULA
Trial Attorney, U.S. Department of Justice
Violent Crime & Racketeering Section
1301 New York Avenue, N.W., Suite 700
Washington, DC 20005
Telephone: (202) 514-3594

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00238 JLT |
| Plaintiff, | |
| v. | UNITED STATES' STATEMENT OF THE CASE |
| JUSTIN GRAY, a.k.a. "Sidetrack" | DATE: October 18, 2026 TIME: 8:00 a.m. COURT: Hon. Jennifer L. Thurston |
| Defendant. | |

The Fourth Superseding Indictment (the "Indictment") alleges that the defendant, Justin Gray, is charged with two counts of Murder of Aid of Racketeering. Count Two alleges that the defendant murdered, or aided and abetted the murder of, Allan Roshanski, on or about October 4, 2020. Count Three alleges that the defendant murdered, or aided and abetted the murder of, Ruslan Magomedgadzhiev, on or about October 4, 2020.

It is further alleged that the defendant committed these murders, or aided and abetted these murders, for the purpose of gaining entrance to, or maintaining or increasing his position in, the Aryan

STATEMENT OF THE CASE                                1

Brotherhood ("AB") enterprise.

The Indictment alleges that the AB is an enterprise, or a group of individuals associated in fact that engages in, and the activities of which affect, interstate and foreign commerce.  An enterprise is a group of people who have associated together for a common purpose of engaging in a course of conduct over a period of time.  The purpose of the enterprise is achieving the objectives of the enterprise by engaging in racketeering activity.  The Indictment alleges that the racketeering activity of the AB enterprise consists of acts of murder, robbery, fraud, and drug trafficking.

The Indictment in this matter is not evidence, and the defendant has pleaded not guilty to the counts for which he is charged.  A defendant is presumed innocent unless and until the United States proves his guilt beyond a reasonable doubt.

ERIC GRANT
United States Attorney

Dated:  August 3, 2026                    By:    /s/ Amanda Kotula
                                                 AMANDA J. KOTULA
                                                 Trial Attorney, U.S. Department of Justice
                                                 JAMES CONOLLY
                                                 Assistant United States Attorney

STATEMENT OF THE CASE                    2