OFFICES OF

**PAVONE &**  **FONNER, LLP**

A LAW PARTNERSHIP

**BENJAMIN PAVONE, ESQ.**
**STATE BAR NUMBER 181826**
600 WEST BROADWAY, SUITE 700
SAN DIEGO, CALIFORNIA  92101
TELEPHONE: 619 224 8885
EMAIL: bpavone@cox.net

ATTORNEYS FOR THE *BROWN*
CLASS AS INTERVENORS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>             **Plaintiff,**<br><br>**v.**<br><br>**KENNETH BASH, *et al.,***<br><br>             **Defendants.** | **CASE NO.**: 1:20-cr-238-JLT-SKO<br><br>**COMPLIANCE REPRESENTATION**<br><br>**Date:**  August 11, 2026<br>**Time:**  11:00 am<br>**Dept:**  9, Fresno, CA<br>**Court:** Hon. Stanley Boone |

## COMPLIANCE REPRESENTATION

Please see attached check payable to the Court to satisfy the Court's Order to Show Cause. RoA 2206.

Date: August 6, 2026

PAVONE & FONNER, LLP

Benjamin Pavone, Esq.
Attorneys for the *Brown* Class

PAVONE & FONNER, LLP
600 WEST BROADWAY, STE. 700
SAN DIEGO, CALIFORNIA 92101

**usbank.**  **CASHIER'S CHECK**  No. 4684523475

122-235
821

DATE: August 6, 2026

PAY  ONE THOUSAND FIVE HUNDRED AND EIGHTY TWO DOLLARS AND 00 CENTS

$ 1,582.00

TO THE
ORDER OF:  CLERK OF COURT

MEMO: SOLEDAD RAID: BROWN INTERVENOR MOTION

Location: 4684 Point Loma Main
U.S. Bank, National Association

PAVONE & FONNER, LLP
600 WEST BROADWAY, STE. 700
SAN DIEGO, CALIFORNIA 92101

OFFICES OF

**PAVONE &**  **FONNER, LLP**

<u>A LAW PARTNERSHIP</u>

**BENJAMIN PAVONE, ESQ.**
**STATE BAR NUMBER 181826**
600 WEST BROADWAY, SUITE 700
SAN DIEGO, CALIFORNIA  92101
TELEPHONE: 619 224 8885
EMAIL: bpavone@cox.net

ATTORNEYS FOR THE *BROWN*
<u>CLASS AS INTERVENORS</u>

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>               **Plaintiff,**<br><br>**v.**<br><br>**KENNETH BASH,** *et al.,*<br><br>               **Defendants.** | **CASE NO.**: 1:20-cr-238-JLT-SKO<br><br>**PROOF OF SERVICE**<br><br>**Date:**  August 11, 2026<br>**Time:**  11:00 pm<br>**Dept:**  9, Fresno, CA<br>**Court:** Hon. Stanley A. Boone |

_PAVONE & FONNER, LLP_
_600 WEST BROADWAY, STE. 700_
_SAN DIEGO, CALIFORNIA 92101_

**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to the within entitled action. My business address is 600 W. Broadway, Ste. 700, San Diego, California 92101.

On August 6, 2026, I served the following:

\* Compliance Representation

Clerk of Court
United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721                                          (w/payment check, via FCM)

Amanda Kotula
DOJ-Crm
Department of Justice - VCRS
1301 New York Ave. N.W., Suite 700
Washington DC, DC 20005
T: 202 716 1129
E: amanda.kotula@usdoj.gov                               (via ECF electronic service)

James Robert Conolly
U.S. Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814
T: 916 554 2705
E: james.conolly@usdoj.gov                               (via ECF electronic service)

Jared Engelking , GOVT
DOJ-Crm
Violent Crime and Racketeering Section
1301 New York Ave., N.W.
Washington, DC 20005
T: 202 616 8807
E: jared.engelking2@usdoj.gov                            (via ECF electronic service)

Nicholas Enrico Karp , GOVT
DOJ-USAO
2500 Tulare Street, Ste 4401
Fresno, CA 93636
T: 559 497 4028
E: nicholas.karp@usdoj.gov                               (via ECF electronic service)