JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124
Email: james@ycbtal.net

TIMOTHY J. FOLEY
California SBN 111558
Attorney at Law
1017 L Street, Number 348
Sacramento, California 95814
Telephone: (916) 599-3501
Email: tfoley9@earthlink.net

Attorneys for Defendant
JUSTIN GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **Case No. 1:20-cr-00238-JLT-SKO** |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **JUSTIN GRAY'S PRETRIAL CONFERENCE AGENDA** |
| | ) | |
| JUSTIN GRAY, et al. | ) | Date:  August 17, 2026 |
| | ) | Time: 10:00 a.m. |
| Defendants. | ) | Judge: Hon. Jennifer L. Thurston |
| _____ | ) | |

Justin Gray provides a proposed agenda for the August 17, 2026 pretrial conference.  The government informed counsel that it did not have anything to add to the defense list.

1.    Resolution of exhibits.

2.    Resolution of jury instructions.

3.    Notice of witness testimony order.

4.    Notice of witness impeachment convictions.

5.    Status of *Jencks* disclosures.

Justin Gray's Pretrial
Conference Agenda

1

Dated: August 10, 2026

Respectfully submitted,

*/s/ James S. Thomson*

*/s/ Timothy J. Foley*

JAMES J. THOMSON
TIMOTHY J. FOLEY
Attorneys for JUSTIN GRAY

Justin Gray's Pretrial
Conference Agenda

2