ERIC GRANT
United States Attorney
JAMES CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

AMANDA J. KOTULA
Trial Attorney, U.S. Department of Justice
Violent Crime & Racketeering Section
1301 New York Avenue, N.W., Suite 700
Washington, DC 20005
Telephone: (202) 514-3594

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN GRAY<br>(a.k.a., "Sidetrack"),<br><br>Defendant. | CASE NO. 1:20-CR-00238 JLT-SKO<br><br>GOVERNMENT'S WITNESS LIST<br><br>DATE: August 18, 2026<br>TIME: 8:30 a.m.<br>COURT: Honorable Jennifer L. Thurston |

The United States, by and through its undersigned counsel, hereby submits the following list of witnesses it may call in its case-in-chief:

1. Diggle, Brendon, CDCR
2. Gliniecki, Dr. Paul, LACMEO
3. Maciel, Maria, LASD
4. Moore, Jennider, EDD
5. Ponce de Leon, Danielle, LASD

The United States, by and through its undersigned counsel, hereby submits the following list of witnesses it may call in a rebuttal case, if needed:

6. Anderson, Justin, CDCR
7. Ruelas, Jesse, CDCR

Respectfully submitted,

ERIC GRANT
United States Attorney

Dated: August 12, 2026

By: /s/ Amanda Kotula
AMANDA J. KOTULA
Trial Attorney, U.S. Department of Justice
JAMES CONOLLY
Assistant United States Attorney